# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., <br><br> Defendants. | C.A. No. 17-275-LPS |
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., <br><br> Defendants. | C.A. No. 17-1353-LPS |

## ORDER

At Wilmington, this **19th** day of **February, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that PacBio's Motion to Dismiss (C.A. No. 17-1353 D.I. 86) is **GRANTED** and PacBio's Motion to Bifurcate (C.A. No. 17-1353 D.I. 90) is **DENIED AS MOOT**. Counterclaims Seven through Sixteen in C.A. No. 17-1353, as well as the corresponding counterclaims in C.A. No. 17-275, are **DISMISSED**.

UNITED STATES DISTRICT JUDGE