IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC., and OXFORD NANOPORE TECHNOLOGIES, LTD. <br><br> Defendants. | C.A. No. 17-275-LPS <br><br> C.A. No. 17-1353-LPS <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF DEREK WALTER

1. I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Pacific Biosciences of California, Inc. ("PacBio") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A is a true and correct copy of a presentation labelled with the logo of Oxford Nanopore Technologies, entitled "Enzyme Movement," bates numbered ONT_DEL00014376-14381.

3. Defendants Oxford Nanopore Technologies Inc. and Oxford Nanopore Technologies Ltd. produced Exhibit A, bates numbered ONT_DEL00014376-14381, to Plaintiff's counsel on February 1, 2019.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2019 at Redwood Shores, California.

Dated:  March 20, 2019                                    /s/ Derek Walter
                                                          Derek Walter