IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., <br><br> Defendants. | C.A. No. 17-275-LPS <br> C.A. No. 17-1353-LPS |

## ORDER

At Wilmington, this **24th** day of **April, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Oxford Nanopore Technologies, Ltd.'s Motions to Dismiss (C.A. No. 17-275 D.I. 107; C.A. No. 17-1353 D.I. 137) are **DENIED**.

_____
UNITED STATES DISTRICT JUDGE