IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PACIFIC BIOSCIENCES OF CALIFORNIA,   )
INC.,   )
  )
      Plaintiff,   )
  )
      v.   )   C.A. No. 17-275 (LPS)
  )   C.A. No. 17-1353 (LPS)
OXFORD NANOPORE TECHNOLOGIES,   )
INC. and OXFORD NANOPORE   )
TECHNOLOGIES, LTD.,   )
  )
      Defendants.   )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants Oxford Nanopore Technologies, Inc. and Oxford Nanopore Technologies, Ltd.'s First Supplemental Responses to Plaintiff Pacific Biosciences of California, Inc. Third Set of Interrogatories (Nos. 8, 11, 12, 14-15 and 17-18)* were caused to be served on July 1, 2019 upon the following in the manner indicated:

Brian E. Farnan, Esquire           *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Edward R. Reines, Esquire           *VIA ELECTRONIC MAIL*
Derek C. Walter, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com
jlyons@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Stephen M. Hash
Puneet Kohli
Samoneh Kadivar
David Varghese
Jeff Gritton
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
(512) 322-2642

David G. Wille
Johnson K. Kuncheria
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
(214) 953-6595

Elizabeth Durham Flannery
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Aaron S. Rabinowitz
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, D.C.  20004-2400
(202) 639-7700

July 1, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I caused the foregoing to be electronically filed with

the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered

participants.

I further certify that I caused copies of the foregoing document to be served on July 1,

2019, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Edward R. Reines, Esquire                                   *VIA ELECTRONIC MAIL*
Derek C. Walter, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
*Attorneys for Plaintiff*

/s/ Jennifer Ying
Jennifer Ying (#5550)