# EXHIBIT A



Clive G. Brown on Twitter: "Boy, what a load of old cobblers that is."

Home Moments Search Twitter Have an account? Log in

**Clive G. Brown**
@Clive_G_Brown

Follow

Boy, what a load of old cobblers that is.

**Mick Watson** @BioMickWatson
Loving the ONT section of the Illumina/PacBio response

assets.publishing.service.gov.uk/media/5d42a671...

12:19 AM - 3 Aug 2019

**5** Likes

5

Cliv
@Cliv
I fight
Ox
Joined October 2013

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

# EXHIBIT B

## Bosco, Stephen

**Subject:**                    FW: PacBio v. Oxford: outstanding deposition / document / RFA issues

---

**From:** Culver, Kathryn <Kathryn.Culver@weil.com>
**Sent:** Thursday, June 13, 2019 5:22 PM
**To:** liz.flannery@bakerbotts.com
**Cc:** JYing@MNAT.com; JBlumenfeld@MNAT.com; DLOxford3@BakerBotts.com; mfarnan@farnanlaw.com; bfarnan@farnanlaw.com; PacBio Oxford Delaware WGM Service <PacBio.Oxford.Delaware.WGM.Service@weil.com>
**Subject:** RE: PacBio v. Oxford: outstanding deposition / document / RFA issues

Counsel,

We maintain our requests to depose Gordon Sanghera and Clive Brown. The apex doctrine does not shield Oxford's CEO and CTO, two exceptionally knowledgeable and involved company leaders, from depositions in this case.

"When a witness has personal knowledge of facts relevant to the lawsuit, even a corporate president or CEO is subject to deposition." *Apple Inc. v. Samsung Elecs. Co.*, 282 F.R.D. 259, 263 (N.D. Cal. 2012) (quoting *WebSideStory, Inc. v. NetRatings, Inc.*, No. 06CV408 WQH (AJB), 2007 WL 1120567, at *2 (S.D. Cal. Apr. 6, 2007)).  When an apex deposition issue arises, district courts in the Third Circuit have considered two factors: (1) "whether the executives' possess personal or superior unique knowledge" and (2) "whether the information could be obtained from lower level employees or through less burdensome means, such as interrogatories." *Reif v. CNA*, 248 F.R.D. 448, 451 (E.D. Pa. 2008).

Here, Mr. Sanghera and Mr. Brown have superior and unique knowledge. Oxford's document production and witness testimony clearly show that these executives have been deeply involved in decision-making processes of the company. For example, Spike Willcocks testified that Mr. Sanghera is responsible for making the ultimate decisions on whether to introduce products. *See* 2019-05-01 Dep. Tr. Willcocks at 160:7-10. And while engaged in Oxford's day-to-day operations, Mr. Sanghera and Mr. Brown were monitoring PacBio's patents and activities. *See e.g.*, ONTS.ITC.00762348-350, ONTS.ITC.00004332-4333, ONT_DEL00064350; *see also* 2019-05-29 Dep. Tr. McDonald at 98:14-99:12.

In addition, Mr. Brown frequently gives presentations to public audiences about Oxford's infringing technology and is regarded as a "very eminent person at Oxford Nanopore." 2019-06-07 Dep. Tr. Dokos at 160:14-161:5 (rough); *see e.g.*, ONT_DEL00003970, ONT_DEL00011332, ONT_DEL00014227, ONT_DEL00202113, ONT_DEL00203790.  Rosemary Dokos' testimony revealed that Mr. Brown is not only Oxford's principal public speaker, but he also serves as a chief internal source of information about PacBio's competitive technological advances.  *Id.* at 160:24-162:11 (rough); *see also* ONT_DEL00064350. Mr. Brown has further unique, non-cumulative knowledge because he is an inventor on a number of patent applications related to the Accused Products in this case. *See e.g.*, EP3269825A1 (filed 2012-09-21), U.S. Patent Application No. 15/179,802 (filed 2016-06-10), and U.S. Patent No. 9,957,560 (issued 2018-05-01).

In the interest of cooperation, we agreed to postpone our efforts to depose Mr. Sanghera and Mr. Brown until after we had taken all depositions of Oxford's 30(b)(6) witnesses: Tim Cowper, Stuart Reid, Jim McDonald and Rosemary Dokos. Not only do Mr. Sanghera and Mr. Brown have personal knowledge surrounding Oxford's willful infringement of PacBio's patents, discovery cannot be obtained through other, lower-level executives.

Oxford's 30(b)(6) witnesses testified that they either did not know or remember certain facts or were not involved in decision-making processes. For example, Stuart Reid failed to provide sufficient answers to numerous questions in his deposition. 2019-06-06 Dep. Tr. Reid at 141:1-142:4, 145:21-146:16, 148:21-24, 173:17-23 (rough). Reid could only speculate about the contents of Clive Brown's presentations on the Accused Products, thereby demonstrating his lack of knowledge. *Id.* at 219:16-221:14 (rough); *See e.g.*, ONT_DEL00009379.

Additionally, Tim Cowper, Oxford's Vice President of Finance, testified that he does not have personal knowledge of all of Gordon Sanghera's decision-making processes. 2019-06-04 Dep. Tr. Cowper at 23:6-20 (rough). Furthermore, Jim McDonald testified that he did not know whether Gordon Sanghera had concerns about PacBio's patent rights in the area of nanopore sequencing from 2015 until the filing of this lawsuit. 2019-05-29 Dep. Tr. McDonald at 131:13-23.

Oxford's citation to *Ford Motor Co. v. Edgewood Props.*, No. 06-1278, 2011 U.S. Dist. LEXIS 67227 (D.N.J. 2011) is misguided. In *Ford Motor Co*., the court agreed with Judge Salas' denial of Ford's motion for a protective order to prevent the deposition of Ford's former Group Vice President. Judge Salas relied on *Otsuka Pharm. Co. v. Apotex Corp.*, No. 07-1000, 2008 WL 4424812 (D.N.J. Sept. 25, 2008), as the basis for finding that this executive had "superior and unique knowledge." *Ford Motor Co.*, No. 06-1278, D.I. 438, at *4, *7 (D.N.J. 2011). Judge Salas explained that in *Otsuka*, "the court denied a motion to prohibit the deposition of a CEO in a patent case partly because the CEO was directly involved in matters that were at issue and the CEO had discoverable information that was not cumulative of other witnesses." *Ford Motor Co*., No. 06-1278, D.I. 438, at *4 (D.N.J. 2011) (citing *Otsuka Pharm. Co. v. Apotex Corp*., 2008 WL 4424812, at *3, *5).

By Monday 6/17, please provide dates that you will agree to offer Gordon Sanghera and Clive Brown for depositions, or in the alternative, please let us know your availability to meet and confer next Tuesday or Wednesday.

Best,

Kathryn



**Kathryn Culver**

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
kathryn.culver@weil.com
+1 650 802 3131 Direct
+1 650 802 3100 Fax

---

**From:** liz.flannery@bakerbotts.com <liz.flannery@bakerbotts.com>
**Sent:** Wednesday, June 12, 2019 6:10 AM
**To:** Magee, Robert <Robert.Magee@weil.com>; PacBio Oxford Delaware WGM Service <PacBio.Oxford.Delaware.WGM.Service@weil.com>; Chi, Shawn <Shawn.Chi@weil.com>
**Cc:** JYing@MNAT.com; JBlumenfeld@MNAT.com; DLOxford3@BakerBotts.com; mfarnan@farnanlaw.com; bfarnan@farnanlaw.com
**Subject:** RE: PacBio v. Oxford: outstanding deposition / document / RFA issues

Bobby,

We are working on an alternate date for Tim Massingham and will provide that shortly. As to Gordon Sanghera and Clive Brown, we have already told PacBio that Oxford does not intend to present them for deposition based on the apex doctrine (see attached email). As you may recall, we spoke about this subsequent to my attached email and you indicated that PacBio would provide a written response as to why PacBio feels that it is still entitled to those depositions. We are still awaiting that response.

Thanks,
Liz


**Liz Durham Flannery**

<span style="color:red">Baker Botts L.L.P.</span>
liz.flannery@bakerbotts.com
T +1.713.229.2104
F +1.713.229.7704


910 Louisiana Street
Houston, Texas 77002
USA




---

**From:** Magee, Robert <Robert.Magee@weil.com>
**Sent:** Wednesday, June 12, 2019 1:02 AM
**To:** Flannery, Liz <liz.flannery@bakerbotts.com>; PacBio Oxford Delaware WGM Service
<PacBio.Oxford.Delaware.WGM.Service@weil.com>; Chi, Shawn <Shawn.Chi@weil.com>
**Cc:** EXT Ying, Jennifer <JYing@MNAT.com>; EXT Blumenfeld, Jack <jblumenfeld@MNAT.com>; DL Oxford3
<DLOxford3@BakerBotts.com>; mfarnan@farnanlaw.com; bfarnan@farnanlaw.com
**Subject:** RE: PacBio v. Oxford: outstanding deposition / document / RFA issues


[EXTERNAL EMAIL]

Liz,

Addressing the issues raised in your email:

First, we can offer the following dates for deposition:
- Stephen Turner – July 9 in Redwood Shores
- Jason Chin – June 21, 25, or 26 in Redwood Shores

We are working with Adrian Fehr on his availability for deposition in San Francisco. We believe he will be available the first week in July, but he is still finalizing business plans. We note that we also need possible dates for the depositions of Tim Massingham, Gordon Sanghera, and Clive Brown.

Second, PacBio confirms that it has performed a search and is not in possession of any notebooks of Jon Sorenson. With respect to the lab notebooks identified by ONT, PacBio has reviewed the notebooks and believes the authors are:
PCB-ONT-ITC-0008180.pdf  - Mary Ma
PCB-ONT-ITC-0008609.pdf  - Cheryl Heiner
PCB-ONT-ITC-0387001.pdf  - Jason Londry
PCB-ONT-ITC-1196098.pdf  - Steve Turner
PCB-ONT-ITC-1196533.pdf  - Steve Turner

PCB-ONT-ITC-1196658.pdf - Steve Turner

Finally, PacBio is not available for a meet and confer on Wed. or Thurs. of this week.  PacBio can be available to meet and confer on Friday after 3pm PT or Monday between 10-11:30am PT or after 1pm PT.

Best,
Bobby

---

**From:** liz.flannery@bakerbotts.com [mailto:liz.flannery@bakerbotts.com]
**Sent:** Monday, June 10, 2019 1:51 PM
**To:** PacBio Oxford Delaware WGM Service; Magee, Robert; Chi, Shawn
**Cc:** JYing@MNAT.com; JBlumenfeld@MNAT.com; DLOxford3@BakerBotts.com; mfarnan@farnanlaw.com; bfarnan@farnanlaw.com
**Subject:** Re: PacBio v. Oxford: outstanding deposition / document / RFA issues

Counsel,

We write to follow up on several discovery requests to PacBio that are still outstanding.  First, we note that we are still waiting for dates for deposition for Stephen Turner, Adrian Fehr, and Jason Chin.  We ask that PacBio provide these dates no later than Monday June 17.

Second, we are awaiting PacBio's response on two inquiries that we have raised with regard to inventor lab notebooks.
- We note that Jon Sorenson testified at his deposition that he authored lab notebooks while at PacBio, which are responsive to several of Oxford's RFPs in this case, and we requested at the deposition that PacBio produce those notebooks.  We ask that PacBio produce these notebooks, or confirm that it no longer has those notebooks in its possession, custody, or control, no later than Monday June 17.
- We are also still awaiting PacBio's response on our request to identify the authors of certain lab notebooks produced by PacBio.  The relevant email is attached, and we understand that Mr. Magee indicated that a response was forthcoming.  We ask that PacBio provide that response no later than Monday June 17.

Finally, we note that PacBio's recent responses to RFA Nos. 24-26 are insufficient.  We respectfully disagree that these RFAs are vague / ambiguous or are seeking expert opinions that are not within PacBio's knowledge, particularly since the language of these requests is taken directly from elements in the asserted patent claims.  We would like to schedule a meet and confer to discuss these responses, and so please let us know when you would be available for a meet and confer on Wed or Thurs of this week.

Thanks,
Liz

**Liz Durham Flannery**

Baker Botts L.L.P.
liz.flannery@bakerbotts.com
T +1.713.229.2104
F +1.713.229.7704

910 Louisiana Street
Houston, Texas 77002
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# EXHIBIT C

**REDACTED**

# EXHIBIT D

**REDACTED**

EXHIBIT E

Executive

Clive Brown Chief Technology Officer

Clive is Chief Technology Officer at Oxford Nanopore. On the Executive team, he is responsible for all of the Company's product-development activities. Clive leads the specification and design of the Company's nanopore-based sensing platform, including strand DNA/RNA sequencing and protein-sensing applications with a strong focus on scientific excellence and successful adoption by the scientific community.

Clive joined Oxford Nanopore from the Wellcome Trust Sanger Institute (Cambridge, UK) where he played a key role in the adoption and exploitation of 'next generation' DNA sequencing platforms. This involved helping to set up the world's largest single installation of Illumina (formerly Solexa) Genome Analyzers in a production sequencing environment, initially used to pioneer the 1000 genomes project.

From early 2003 he was Director of Computational Biology and IT at Solexa Ltd, where he was central to the development and commercialisation of the Genome Analyzer (GA). Solexa was sold to Illumina for $650m in early 2007 after the successful placement and adoption of 12 instruments. The Solexa technology, now commercialised by Illumina, is the market-leading DNA sequencing technology driving the renaissance in DNA-based discovery.

He has a strong background in computer science and genetics/molecular biology and manages interdisciplinary teams including mechanical engineering, electronics, physics, surface chemistry, electrophysiology, software engineering and applications (of the technology). Clive applies modern agile management techniques to the entire product-development lifecycle.

Clive has also held various management and consulting positions at GlaxoWellcome, Oxford Glycosciences and other EU- and US-based organisations. He has worked at the interface between computing and science, ranging from genetics to proteomics. He holds degrees in Genetics and Computational Biology from the University of York.



**Privacy Notice:**

We use cookies and similar technologies to ensure you get the best experience on our websites. View our privacy policy here.

> Cookie Settings

✓ Accept Cookies

✕



Careers

# EXHIBIT F

**REDACTED**

# EXHIBIT G

**REDACTED**

# EXHIBIT H

**REDACTED**

# EXHIBIT I

**REDACTED**

# EXHIBIT J

**REDACTED**

# EXHIBIT K

# REDACTED

# EXHIBIT L

**REDACTED**

# EXHIBIT M

# REDACTED