# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 17-cv-275-LPS C. A. No. 17-cv-1353-LPS |
| v. | ) ) | |
| OXFORD NANOPORE TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

<u>**PACIFIC BIOSCIENCES OF CALIFORNIA, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT OXFORD NANOPORE TECHNOLOGIES, INC.'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 24-26)**</u>

Pursuant to Federal Rules of Civil Procedure 26 and 36, Rule 26.1 of the Local Rules of the United States District Court for the District of Delaware ("Local Rules"), the District of Delaware Default Standard for Discovery, the Stipulated Electronic Discovery Order ("E-Discovery Order"), and any other applicable Orders or rules, Plaintiff Pacific Biosciences of California, Inc. ("PacBio"), by and through their undersigned counsel, hereby responds and objects to the Second Set of Requests for Admission (Nos. 24-26) of Defendant Oxford Nanopore Technologies, Inc. ("Oxford").

<u>**PRELIMINARY STATEMENT**</u>

These Responses, while based on diligent exploration by PacBio and its counsel, reflect only the current state of PacBio's knowledge, understanding and belief with regard to matters about which inquiry has been made.  PacBio continues to investigate the facts relating to this dispute. These Responses are therefore based upon information which is presently available to

PacBio and its attorneys and specifically known or available to the individuals responding to this discovery request. Accordingly, these Responses are neither intended as, nor shall in any way be deemed as, an admission or representation that further information responsive to the Requests does not exist. PacBio anticipates that as this action proceeds, additional facts may be discovered or their significance better understood. Further, these Responses are given without prejudice to PacBio's rights to produce, use or rely on at any time, including at trial, evidence, facts, documents, things or information that are subsequently discovered, the relevance of which has not yet been determined, or which were omitted from these Responses by inadvertence, mistake or otherwise.

By this reservation, PacBio does not assume a continuing obligation, beyond what is required under the Federal Rules of Civil Procedure, to update, modify or supplement these Responses, and PacBio objects to these Requests to the extent that they seek to impose any such continuing obligation. However, PacBio reserves the right to change any and all answers herein as additional facts are ascertained, analyses are made and contentions are asserted. PacBio also reserves the right to modify these Responses in the event that it determines that any information was omitted from them by inadvertence, mistake or otherwise.

No incidental or implied admissions are intended by the Responses below. The fact that PacBio has answered or objected to any Request should not be taken as an admission that PacBio accepts or admits the existence of any "facts" set forth or assumed by such Request. The fact that PacBio has answered part or all of any Request is not intended to be, and shall not be construed to be, a waiver by PacBio of any part of any objection to the Request.

## GENERAL OBJECTIONS

PacBio makes the following General Objections, which apply to each of Oxford's definitions, instructions, and requests for admission and, unless otherwise stated, shall have the same force and effect as if set forth in a full response to each of the numbered definitions, instructions, and requests for admission.

1.      PacBio objects to each and every request for admission, definition, and instruction to the extent it seeks to impose any burdens inconsistent with or in addition to PacBio's obligations under the applicable rules, including the Federal Rules of Civil Procedure, the United States District Court for the District of Delaware Local Rules, or any other applicable Court rule or order, or any stipulation or agreement of the parties in this action.  PacBio objects to each request for admission, definition, or instruction to the extent it seeks or purports to impose obligations beyond or inconsistent with those imposed by the Federal Rules of Civil Procedure, the United States District Court for the District of Delaware Local Rules, the applicable rules and orders of this Court, or any stipulation or agreement of the parties in this action.  In responding to each request for admission, PacBio will provide information as may be required and proper under the Federal Rules of Civil Procedure, the United States District Court for the District of Delaware Local Rules, and the Court's rules and orders, and any stipulation or agreement of the parties in this action.

2.      PacBio objects to each request for admission to the extent each seeks information protected by the attorney-client privilege, the work-product doctrine, joint defense or common interest privilege or any other applicable privilege or immunity.  Nothing contained in these responses is intended to be, or in any way shall be deemed, a waiver of any such applicable privilege, doctrine, or immunity.

3.      PacBio reserves all objections and other questions as to competency, relevance, materiality, privilege, or admissibility related to the use of its responses and any document or thing identified in its responses as evidence for any purpose whatsoever in any subsequent proceeding in this trial or any other action.

4.      PacBio states that it has hundreds of employees and conducts business in various countries and jurisdictions.   PacBio objects to these requests for admission insofar as they purport to require PacBio to inquire as to the knowledge of all of its employees.  In this regard, PacBio objects to Oxford's definition of "Pacific Biosciences of California, Inc.," "PacBio," "PB," "You," "Your," and "Plaintiff."   PacBio's responses are provided based on a reasonable investigation as it relates to this case.

5.      PacBio objects to the requests for admission to the extent they require PacBio to make legal conclusions and/or render expert opinions.

6.      PacBio objects to each request for admission to the extent that Oxford uses terms that are not defined or understood.  PacBio shall not speculate as to the meaning that Oxford ascribes to these terms.  PacBio does not, by virtue of the following responses to Oxford's requests, waive its right to object to Oxford's definition of any term, word, or phrase.

7.      The foregoing general objections and statements shall be applicable to, and included in, PacBio's response to every request for admission, whether or not expressly mentioned in the particular response.

Subject to and without waiving its General Objections, PacBio objects and responds to Oxford's requests for admission as follows:

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR ADMISSION NO. 24:**

Admit that, as of the claimed priority date of the subject matter claimed in the '400 Patent, a person of ordinary skill in the relevant art would not have been able to determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore as described in the '400 Patent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

PacBio reiterates its General Objections.  PacBio objects to this Request as vague and ambiguous as to the phrase "determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore."  PacBio further objects that this Request "improperly seek[s] legal conclusions and disclosure of expert opinion and testimony."  *Medigus Ltd. v. Endochoice, Inc.*, No. CV 15-505-LPS-CJB, 2016 WL 5791409, at *3 (D. Del. July 19, 2016).

**REQUEST FOR ADMISSION NO. 25:**

Admit that, as of the claimed priority date of the subject matter claimed in the '323 Patent, a person of ordinary skill in the relevant art would not have been able to determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore as described in the '323 Patent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

PacBio reiterates its General Objections.  PacBio objects to this Request as vague and ambiguous as to the phrase "determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore."  PacBio further objects that this Request "improperly seek[s] legal conclusions and disclosure of expert opinion and testimony."  *Medigus Ltd. v. Endochoice, Inc.*, No. CV 15-505-LPS-CJB, 2016 WL 5791409, at *3 (D. Del. July 19, 2016).

**REQUEST FOR ADMISSION NO. 26:**

Admit that, as of the claimed priority date of the subject matter claimed in the '929 Patent, a person of ordinary skill in the relevant art would not have been able to determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore as described in the '929 Patent.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

PacBio reiterates its General Objections.  PacBio objects to this Request as vague and ambiguous as to the phrase "determine the sequence of a nucleic acid by translocating said nucleic acid through a nanopore."  PacBio further objects that this Request "improperly seek[s] legal conclusions and disclosure of expert opinion and testimony."  *Medigus Ltd. v. Endochoice, Inc.*, No. CV 15-505-LPS-CJB, 2016 WL 5791409, at *3 (D. Del. July 19, 2016).

Dated: May 30, 2019                                          Respectfully submitted,

                                                            FARNAN LLP

                                                            /s/ Brian E. Farnan
                                                            Brian E. Farnan (Bar No. 4089)
                                                            Michael J. Farnan (Bar No. 5165)
                                                            919 N. Market Street, 12th Floor
                                                            Wilmington, Delaware 19801
                                                            Telephone: (302) 777-0300
                                                            Facsimile: (302) 777-0301
                                                            bfarnan@farnanlaw.com
                                                            mfarnan@farnanlaw.com

                                                            Edward R. Reines (admitted pro hac vice)
                                                            Derek C. Walter (admitted pro hac vice)
                                                            WEIL, GOTSHAL &MANGES LLP
                                                            201 Redwood Shores Parkway
                                                            Redwood Shores, CA 94065
                                                            (650) 802-3000

                                                            *Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I, Brian E. Farnan, hereby certify that on May 30, 2019, a copy of Pacific Biosciences of

California, Inc.'s Responses and Objections to Defendant Oxford Nanopore Technologies, Inc.'s

Second Set of Requests for Admission (Nos. 24-26) was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Jennifer Ying
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant*

<u>Via E-Mail</u>
Stephen M. Hash
Puneet Kohli
Samoneh Kadivar
BAKER BOTTS L.L.P.
stephen.hash@bakerbotts.com
puneet.kohli@bakerbotts.com
samoneh.kadivar@bakerbotts.com

*Attorneys for Defendant*

<u>Via E-Mail</u>
David G. Wille
Johnson K. Kuncheria
Liz Durham Flannery
BAKER BOTTS L.L.P.
david.wille@bakerbotts.com
johnson.kuncheria@bakerbotts.com
liz.flannery@bakerbotts.com

*Attorneys for Defendant*

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INTEGRA LIFESCIENCES CORP.,           )
INTEGRA LIFESCIENCES SALES LLC,       )
CONFLUENT SURGICAL, INC., and         )
INCEPT LLC,                           )
                                      )
          Plaintiffs,                 )
                                      )
    v.                                )      Civil Action No. 15-819-LPS-CJB
                                      )
HYPERBRANCH MEDICAL                   )
TECHNOLOGY, INC.,                     )
                                      )
          Defendant.                  )

## MEMORANDUM ORDER

At Wilmington this **27th day of September, 2017**.

The Court has considered both Plaintiffs Integra LifeSciences Corp., Integra LifeSciences

Sales LLC, Confluent Surgical, Inc. and Incept LLC's (collectively, "Plaintiffs") and Defendant

HyperBranch Medical Technology, Inc.'s ("HyperBranch" or "Defendant") letter submissions,

(D.I. 299, 302, 303, 305, 306), relating to Defendant's pending discovery dispute motion

regarding 20 of its Requests for Admission ("RFAs") (the "Motion"), (D.I. 297), as well as the

parties' arguments made during oral argument on July 12, 2017, (D.I. 327 (hereinafter, "Tr.")).

The RFAs fall into six general categories, which the Court will address in turn.

## I.    STANDARD OF REVIEW

Under Federal Rule of Civil Procedure 36, a party may serve "a written request to

admit . . . the truth of any matters . . . relating to . . . facts, the application of law to fact, or

opinions about either[.]" Fed. R. Civ. P. 36(a). The purpose of Rule 36 is to facilitate proof with

respect to the issues that cannot be eliminated from the case, and to narrow the issues for trial.

*Tulip Computs., Int'l, B.V. v. Dell Comput. Corp.*, 210 F.R.D. 100, 107 (D. Del. 2002); Fed. R. Civ. P. 36 advisory committee's note to 1970 amendment.[1]

## II.    DISCUSSION

### A.    RFAs Nos. 23-30

With respect to the dispute regarding Defendant's RFAs Nos. 23-30, Defendant's Motion is GRANTED-IN-PART and DENIED-IN-PART.  These RFAs seek admissions regarding features of certain chemical structures from the prior art, namely whether those structures read on certain limitations found in the claims at issue here.  (D.I. 299 at 1; *id.*, ex. A at 5-6)

Plaintiffs first object on the basis that each of these RFAs "is a thinly veiled attempt to gain admissions that certain prior art teaches certain limitations" and that the RFAs are therefore improperly directed to legal conclusions.  (D.I. 302 at 1; *see also* Tr. at 56-57)  The Court finds that Plaintiffs' objection in this regard is not justified.

This Court has explained that RFAs that "seek legal conclusions are not allowed" (e.g., a request for a party to admit whether a patent is valid or is infringed).  *Tulip Computs.*, 210 F.R.D. at 108; *see also Fulhorst v. United Techs. Auto., Inc.*, No. CIV. A. 96-577-JJF, 1997 WL 873548, at *2-3 (D. Del. Nov. 17, 1997).  However, admittedly, "[t]he line between a request to admit a pure legal conclusion and the application of law to fact can be murky because the application of law to fact necessarily incorporates an admission as to what the law is."  *Aventure Commc'ns*

---

[1]    The party objecting to an RFA (here, Plaintiffs) bears the burden of persuasion. Fed. R. Civ. P. 36(a)(6) ("Unless the court finds an objection justified, it must order that an answer be served."); *see also Shapiro v. Am.'s Credit Union*, No. 12-cv-5237 RBL, 2012 WL 5410660, at *2 (W.D. Wash. Nov. 6, 2012) ("The burden of persuasion lies on the party objecting to the requests for admission.").

2

*Tech., L.L.C. v. MCI Commc'ns Servs., Inc.*, No. 5:07-cv-04095-JEG-RAW, 2008 WL 4280371, at *1 (N.D. Iowa Sept. 16, 2008).

In support of their objection, Plaintiffs rely heavily on *Pittway Corp. v. Fyrnetics, Inc.*, No. 91 C 2978, 1992 WL 12564602 (N.D. Ill. June 26, 1992). (D.I. 302 at 1; Tr. at 57, 62-63, 72) In that patent infringement action, the district court denied the defendant's motion to compel responses to RFAs that requested two types of admissions: (1) that certain references were "prior art" to the asserted patent under 35 U.S.C. §§ 102 and/or 103; and (2) that various elements in the prior art read on claim limitations. 1992 WL 12564602, at *11-12, *15. The *Pittway Corp.* Court concluded that both categories of requests improperly sought to obtain an admission of an ultimate legal conclusion in the case, rather than admissions of fact or of the application of law to fact. *Id.* at *12, *15. As to the first category, the court explained that "[s]everal admissions that certain art is prior art under 35 U.S.C. § 102 and/or 103 could be taken in combination or alone to show that the patent is invalid . . . . That is a legal conclusion which is improper to [r]equest in [RFAs]." *Id.* at *12. And with respect to the second category, the court concluded that "in combination [these RFAs] sought to obtain an admission of the ultimate legal conclusion in the case, rather than admissions of fact or of the application of law to fact." *Id.* at *15 (internal quotation marks and citation omitted).

Plaintiffs do not cite to the many cases following *Pittway* that have drawn a distinction between these two types of RFAs, and that have found RFAs falling into the latter category to address factual issues in dispute.[2] As one Court described the appropriate questions to ask in

---

[2]     *See, e.g., Jovanovich v. Redden Marine Supply, Inc.*, No. C10-924-RSM, 2011 WL 4459171, at *1 (W.D. Wash. Sept. 26, 2011) (rejecting plaintiffs' objections to RFAs requiring the plaintiff to apply its understanding of the claim elements of the asserted patent to

confronting the issue of whether an RFA improperly seeks admission of a legal conclusion:

"does a given RFA address a disputed fact in the case and would an affirmative response reduce

the burden on a jury at trial?" *Apple Inc. v. Samsung Elecs. Co.*, No. C 11-cv-1846 LHK (PSG),

2012 WL 952254, at *4 (N.D. Cal. Mar. 20, 2012).

In the Court's view, the answer to both of these questions would be "yes" as to the RFAs

at issue here. Whether a prior art reference anticipates the claim limitations of a patentee's

invention is a question of fact. *See Orion IP, LLC v. Hyundai Motor Am.*, 605 F.3d 967, 975

(Fed. Cir. 2010); *see also Apple*, 2012 WL 952254, at *4 ("These RFAs address factual issues in

dispute, particularly whether Apple's asserted design patents are anticipated by prior art

patents."). Obviousness is a question of law, but it is based on underlying factual determinations

as to matters including the differences between the claims and the prior art. *Randall Mfg. v. Rea*,

733 F.3d 1355, 1362 (Fed. Cir. 2013). The RFAs at issue here seek admission as to whether

certain chemical structures from asserted prior art include particular features found in the

---

actual prior art fishing net configurations, and finding that the RFAs did not improperly seek a
legal conclusion); *McKesson Info. Sols. LLC v. Epic Sys. Corp.*, CIVIL CASE NO. 1:06-CV-
2965-JTC, 2009 WL 10636314, at *2 (N.D. Ga. Feb. 10, 2009) (concluding that RFAs asking
plaintiff to admit that a system is prior art to the asserted patent improperly asks for a legal
conclusion, while RFAs asking plaintiffs to admit that the prior art system had certain
capabilities that matched certain terms in the patent-in-suit were properly directed to a question
of fact); *Synventive Molding Sols., Inc. v. Husky Injection Molding Sys., Inc.*, 262 F.R.D. 365,
373-74 (D. Ver. 2009) (granting motion to compel responses to RFAs directed to whether prior
art references disclose certain claim elements); *Sorensen v. Black & Decker Corp.*, Civil No.
06cv1572-BTM (CAB), 2007 WL 1615046, at *2 (S.D. Cal. June 1, 2007) (explaining that
"[w]hat a reference discloses is a question of fact" and ruling that defendant may renew RFAs
after claim construction, applying appropriately construed claims to the references and requesting
that the plaintiff admit or deny that the element is disclosed by the reference); *Phillip M. Adams
& Assocs., L.L.C. v. Dell, Inc.*, Civil No. 1:05-CV-64 TS, 2007 WL 128962, at *2 (D. Utah Jan.
11, 2007) (same).

relevant claim language. To be sure, such admissions could indeed ultimately be used to help prove up an ultimate legal issue in the case, but that does not change the fact that they themselves are directed to factual questions. Additionally, the answers to RFAs like these would surely narrow the issues for trial. *See, e.g.*, *McKesson Info. Sols. LLC v. Epic Sys. Corp.*, CIVIL CASE NO. 1:06-CV-2965-JTC, 2009 WL 10636314, at *1-2 (N.D. Ga. Feb. 10, 2009) (RFAs that ask for admissions regarding the claim elements present in a prior art system enable defendants to focus their invalidity cases on the claim elements whose obviousness is truly in dispute).

With the Court concluding that Plaintiffs' above-referenced objection to RFAs Nos. 23-30 is not well-taken, that leaves the issue of whether Plaintiffs should otherwise be compelled to provide more complete responses to these RFAs. Currently, beyond their objection set out above, Plaintiffs deny these requests as written, asserting in response to each RFA that "no meaningful response is possible in the absence of specific definitions and additional information[.]" (D.I. 299, ex. B at 7-15)

Whether "no meaningful response" is possible as to these RFAs is not an easy issue to decipher. On their face, the RFAs implicate technical and complicated subject matter. But the Court can at least reach the following conclusions regarding this issue.

First, the Court is not persuaded by Plaintiffs' argument that they cannot respond to at least some of these RFAs because those RFAs refer to a chemical formula depicting polymer structures having "n" groups, and because Defendant failed to provide values for "n" in the formulas. (D.I. 302 at 1-2) With "n" undefined, Plaintiffs assert, "n" could be zero or one, and in such circumstances the structure would not depict a polymer. (*Id.* at 1; Tr. at 60, 65) This argument misses the mark, in the Court's view, because Defendant has *defined* the relevant

5

chemical structures at issue *to be polymers*.  For example, RFA No. 23 asks Plaintiffs to "[a]dmit

that Rhee SG-PEG includes at least two electrophilic functional groups."  (D.I. 299, ex. A at 5)

The Definition corresponding to this RFA states that "[t]he term 'Rhee SG-PEG' refers to a *four*

*arm polyethylene glycol polymer*" with a particular chemical structure.  (*Id.* at 2 (emphasis

added))  Plaintiffs assert that they cannot respond to RFA No. 23 because Defendant failed to

provide values for "n" with respect to the chemical structure recited therein, and that it therefore

may not depict a "'polyethylene glycol polymer'" because "n" could be zero or one.  (D.I. 302 at

1)  But with the very Definition in Defendant's RFAs telling us that Rhee SG-PEG is, in fact, "a

four-arm polyethylene glycol *polymer*," Plaintiffs' response is not valid.  With the structure

defined to be a polymer, that necessarily means that "n" has a value that allows for the structure

to be a polymer, and thus "n" is not going to be zero or one.  (*See* Tr. at 43 ("You don't get to a

polymer unless you have more than [n] equals one."); *see also id.* at 42-46)[3]  Accordingly, with

respect to any of RFA Nos. 23-30 as to which Plaintiffs' sole basis for refusing to answer is that

Defendant did not provide a value for "n," Plaintiffs shall provide a complete and sufficient

response to any such RFA.[4]

---

[3]        The Court's conclusion in this regard is underscored by the prosecution history
relating to claim 15 in United States Patent No. 8,535,705, which recites a method of making a
hydrogel wherein "at least one of the precursors is selected to further comprise a chemical group
having [a] formula" that included "n."  (D.I. 1, ex. F, col. 32:11-13)  In response to the
Examiner's objection that "n" was not defined, the patentees explained that "'n' in this context
denotes a polymer, with the group inside the parentheses being repeated n-times.  This
terminology is well-established in the polymer arts."  (D.I. 305, ex. M at 8)

[4]        It appears that at least RFA Nos. 23, 25, 29 and 30 fall into this category.  (D.I.
302 at 1-2)

6

Second, with respect to RFA No. 24, the record indicates that Plaintiffs are capable of providing a further substantive response. (D.I. 299, ex. B at 9)  RFA No. 24 asks Plaintiffs to admit that a particular chemical structure "includes two chemically hydrolytically degradable ester bonds per electrophilic functional group[,]" (*id.*, ex. A at 5), and Plaintiffs' response denied the request "as stated" on the basis that "sufficient information is not available" to enable them to further admit or deny the request, (*id.*, ex. B at 9).  Yet in their letter brief and at oral argument, Plaintiffs set out an actual substantive reason for their denial. (D.I. 302 at 2; *see also* Tr. at 66-67)  Since it now appears that Plaintiffs are able to provide a complete and substantive response to RFA No. 24, Plaintiffs shall do so.

Finally, with respect to the remainder of these RFAs, the Court is not in a position to fairly assess the parties' additional respective arguments. (D.I. 299 at 2-3; D.I. 302 at 2)  These are technical issues pertaining to chemical structures, and essentially all the Court has to go on is attorney argument in the form of the parties' letters and the oral argument transcript.  The parties do not attach expert declarations in support of their respective positions as to why these RFAs can or cannot be substantively responded to.

Defendant is not left without a remedy, however, with respect to these remaining RFAs. Should Defendant "prove the truth of what was not admitted at trial[, it may] then move the Court for its reasonable expenses incurred in making that proof, including reasonable attorney's fees." *Salazar v. Bocanegra*, No. 12cv0053 MV/LAM, 2012 WL 12903998, at *1 (D.N.M. July 27, 2012); *see also Nat'l Semiconductor Corp. v. Ramtron Int'l Corp.*, 265 F. Supp. 2d 71, 74 (D.D.C. 2003) ("While the Federal Rules . . . forc[e] one party to pay when she refuses to stipulate [to a fact set out in an RFA] and her opponent is put to her proof, they certainly cannot

7

be construed as requiring a court to examine into the reason why a party will not stipulate.'");

Fed. R. Civ. P. 37(c)(2); (Tr. at 56).

### B.     RFA No. 34

With respect to the dispute regarding Defendant's RFA No. 34, Defendant's Motion is

DENIED. This RFA asks Plaintiffs to admit that "none of the applications for the Patents-in-Suit

expressly disclosed the use of 'polyethyleneimine,' 'PEI,' or 'Lupasol' prior to the filing of

continuation-in-part Application No. 12/156,085 on May 29, 2008." (D.I. 299, ex. A at 7)

Plaintiffs objected on the ground that the RFA is not limited to a singular fact that can be

admitted or denied, but instead requires answers about multiple facts (e.g., multiple terms and

multiple patent applications). (*Id.*, ex. B at 17; *see also* D.I. 302 at 2; Tr. at 72-73 (Plaintiffs'

counsel noting that this RFA "is directed to three different terms across six patents")) The Court

agrees with Plaintiffs' position.[5]

An RFA is required to be simple and direct, and "limited to singular relevant facts."

*Bovarie v. Schwarzenegger*, Civil No. 08cv1661 LAB (NLS), 2011 WL 719206, at *6 (S.D. Cal.

Feb. 22, 2011) (internal quotation marks and citations omitted). The parties' Scheduling Order

permits "a maximum of 50 requests for admission . . . for each side[,]" (D.I. 173 at ¶ 8(c)), and

---

[5]        In their letter, Plaintiffs also objected on another basis—that this RFA is
improperly "directed to the legal issue of the proper priority date for certain claims." (D.I. 302 at
3) However, Plaintiffs did not clearly make out this objection in response to the RFA. (D.I. 299,
ex. B at 17) Even had they done so, the Court would not agree that Plaintiffs were justified in
objecting on this basis. The United States Court of Appeals for the Federal Circuit has explained
that "[d]etermination of a priority date is purely a question of law *if the facts underlying that
determination are undisputed.*" *Bradford Co. v. Conteyor N. Am., Inc.*, 603 F.3d 1262, 1268
(Fed. Cir. 2010) (emphasis added). RFA No. 34 does not require Plaintiffs to admit that
particular patent claims have particular priority dates, but instead seeks admission of multiple
facts that may be relevant to that issue.

this Court's Local Rule 26.1(a) dictates that "[e]ach subpart of a[] . . . request shall be counted as

a separate . . . request." D. Del. LR 26.1(a).   RFA No. 34 exceeds the boundaries set out for this

case and by the Local Rules in requiring an assessment of multiple factual inquiries (e.g., Does

Application X expressly disclose polyethyleneimine?  Does Application X expressly disclose

PEI?  Does Application X expressly disclose Lupasol?  Does Application Y expressly disclose

polyethyleneimine?, etc.).  Plaintiffs' objection is therefore well-taken. *See, e.g., Bovarie*, 2011

WL 719206, at *7 (denying motion to compel response to an RFA where defendant correctly

objected to the RFA on the basis that it, *inter alia*, was a compound RFA); *Tulip Computs.*, 210

F.R.D. at 108 (denying defendant's request for more adequate responses to its RFAs where those

RFAs, *inter alia*, contained "compound statements").[6]

## C.   RFAs Nos. 36-37

With respect to the dispute regarding Defendant's RFAs Nos. 36-37, Defendant's

Motion is GRANTED.  These RFAs ask Plaintiffs to admit that they are "aware" that "DuraSeal

Xact" and "DuraSeal" (Plaintiffs' sealant products) have been "used" off-label in cranial and

---

[6]         Despite the objection, Plaintiffs went on to "deny this request as stated[,]" (D.I.
299, ex. B at 17), and they have argued that this response was appropriate and fulfilled their
obligations, (D.I. 302 at 3).  With respect to the substance of Plaintiffs' response beyond its
objection, the Court notes that had it not agreed with that objection, it would have gone on to
find that Plaintiffs did not satisfy their obligations under Rule 36.  Plaintiffs did not simply deny
the request, but instead denied the request "as stated" with no further substantive explanation as
to what, specifically, was wrong with the request.  (D.I. 299, ex. B at 17) Rule 36(a)(4) requires
that if an RFA is not admitted, the responding party's "answer must specifically deny it or state
in detail why the answering party cannot truthfully admit or deny it." Fed. R. Civ. P. 36(a)(4).
Plaintiffs' vague response fails to articulate *why* it is that the RFA is denied *as written*.  As other
courts have explained, "[t]he denial of a [RFA] 'as written' without further explanation is
evasive. . . . and is tantamount to a failure to answer." *Janko v. Fresh Market, Inc.*, Civil Action
No. 13-648-RLB, 2015 WL 4714928, at *2 (M.D. La. Aug. 5, 2015) (internal quotation marks
and citations omitted) (citing cases).

spinal applications, respectively.  (D.I. 299, ex. A at 7)  In their responsive letter and at oral

argument, Plaintiffs did not really press the objections that they made in their responses (i.e., that

the RFAs do not include only one specific statement that can be admitted or denied and that they

are irrelevant to the case).  (*Id.*, ex. B at 18-19)  Instead, they raised a new assertion—that the

term "aware" is ambiguous.  Plaintiffs assert that "aware" could be directed to Plaintiffs' actual

direct knowledge, Plaintiffs' knowledge of third-person hearsay statements indicating that such

uses have occurred, or Plaintiffs' knowledge of facts from which one might conclude that off-

label uses have likely occurred.  (D.I. 302 at 3; Tr. at 73-74 (Plaintiffs' counsel asserting that the

ambiguous meaning of "'aware' is a really big issue here"))

　　　　The Court is not persuaded by this objection for at least three reasons.  First, if it was

truly a "really big issue," then Plaintiffs would have surely made an objection based on the

purported ambiguity of "aware" in their responses . . . but they did not.  Second, if the word

"aware" is so ambiguous and vague, presumably Plaintiffs themselves would not have used the

term throughout their responses . . . but they did.  (*See, e.g.*, D.I. 299, ex. B at 18 ("Plaintiffs . . .

are currently unaware of any off-label promotion"); *id.* at 23 ("Plaintiffs are aware of many

reasons, why some former customers of DuraSeal may currently no longer purchase DuraSeal"))

And third, even were there a good reason to say that the meaning of "aware" was somewhat

inexact, the responding party "should supply its own definition and admit or deny, or qualify its

admission or denial to make it accurate and responsive." *Lauter v. Anoufrieva*, Case No. CV 07-

6811 JVS(JC), 2009 WL 10672595, at *2 (C.D. Cal. Mar. 30, 2009).

　　　　Moreover, Plaintiffs' only substantive "response" to these RFAs was to state that "they

are currently unaware of any off-label *promotion*" of these products.  (D.I. 299, ex. B at 18-19

10

(emphasis added))  These RFAs, however, do not seek admissions regarding off-label *promotion* of the products—they seek admissions regarding off-label *use*.  These responses therefore violate Rule 36(a)(4)'s requirement that a denial "must fairly respond to the *substance of the matter*[.]"  Fed. R. Civ. P. 36(a)(4) (emphasis added).  As it now stands, Defendant has no substantive responses to the RFAs that it actually propounded.

For these reasons, Plaintiffs shall provide complete and sufficient responses to RFAs Nos. 36-37.  And since Plaintiffs have set forth three admittedly plausible definitions of "aware" in their briefing here (set out above), Plaintiffs should respond to the RFAs by assuming that "aware" can mean any of those three things in this context.

### D.    RFAs Nos. 38-39

With respect to the dispute regarding Defendant's RFAs Nos. 38-39, Defendant's Motion is GRANTED.  These RFAs ask the Plaintiffs to admit that an amide linkage and a carbonate linkage, respectively, is hydrolytically biodegradable.  (D.I. 299, ex. A at 7)  Plaintiffs asserted in response, *inter alia*, that they could not provide substantive responses to these requests "in the absence of specific definitions" as to the "multiple compounds and/or multiple conditions" at issue therein.  (*Id.*, ex. B at 19-21)  In their letter brief, Plaintiffs further explain that a review by their expert Dr. Mays confirmed that the RFAs "could not be admitted because the requests provided no definition of 'hydrolytically biodegradable' and further provided no chemical conditions under which the amide or carbonate linkages are placed" as "an amide linkage may react differently when placed under different chemical conditions."  (D.I. 302 at 3; *see also* D.I. 306 at 2)

11

The Court is not persuaded by Plaintiffs' response. As for Dr. Mays' assertion that the Defendant failed to provide a specific definition of "hydrolytically biodegradable," the Court disagrees. Defendant's RFAs instructed that "Plaintiffs shall answer the following requests for admission *as they relate to the Asserted Claims*[.]" (D.I. 299, ex. A at 5 (emphasis added)) As Defendant points out, (D.I. 299 at 4), the asserted patents that contain the asserted claims themselves state that "[t]he polymers preferably also have a *hydrolytically biodegradable* portion or linkage, for example an ester, carbonate, or an amide linkage." (*See, e.g.*, *id.*, ex. H, col. 6:44-47 (emphasis added))[7] And as for Plaintiffs' further assertion that "an amide linkage may react differently when placed under different chemical conditions[,]" (D.I. 302 at 3), to the extent that the issue provides a basis for qualifying an answer, Plaintiffs are permitted to do so pursuant to Federal Rule of Civil Procedure 36(a)(4).

For these reasons, Plaintiffs shall provide complete and sufficient responses to RFAs Nos. 38 and 39.

### E.   RFA No. 43

With respect to the dispute regarding Defendant's RFA No. 43, Defendant's Motion is DENIED. This RFA asks Plaintiffs to admit that a particular reference "is prior art to every asserted claim of the Patents-in-Suit." (D.I. 299, ex. A at 8) Plaintiffs objected on the ground that the RFA is not limited to a singular fact that can be admitted or denied, but instead is directed to multiple facts in requiring an admission or denial with respect to multiple asserted

---

[7]     Indeed, citing this very language, Dr. Mays' own expert report (previously submitted in conjunction with the preliminary injunction proceedings) explains that one of the asserted patents "teaches that amide linkages, such as those created by reacting the preferred NHS ester of a first precursor with a primary amine of a second precursor is a hydrolytically biodegradable linkage." (D.I. 10, ex. 13 at ¶ 454)

12

claims. (*Id.*, ex. B at 23) Despite the objection, Plaintiffs went on to "deny this request as written." (*Id.*)

The Court agrees that Plaintiffs are justified in objecting to the RFA, as there is not one single asserted claim at issue in this lawsuit—there are multiple asserted claims. Because RFA No. 43 requests a response regarding multiple claims across multiple patents, it is not directed to ascertaining a singular fact and is therefore improper, as explained above.[8]

### F.    RFAs Nos. 44-49

With respect to the dispute regarding Defendant's RFAs No. 44-49, Defendant's Motion is GRANTED. These RFAs ask Plaintiffs to admit that (1) "some former customers" of DuraSeal no longer purchase the product for reasons not related to HyperBranch's alleged infringement; (2) "some former customers of DuraSeal" purchased fibrin glue as an alternative or replacement for DuraSeal; (3) "not all former customers of DuraSeal have purchased [accused product] Adherus"; (4) "Integra has lost sales of DuraSeal for reasons not related to HyperBranch's alleged infringement"; (5) "Integra has lost sales of DuraSeal because the price

---

[8]    In their letter, Plaintiffs also objected on the basis that this RFA is improperly "directed to the purely legal argument [of] whether a reference is prior art to a claim at issue." (D.I. 302 at 3) However, Plaintiffs did not make this objection in response to the RFA. (D.I. 299, ex. B at 23) Had they done so, the Court would agree that Plaintiffs were further justified in objecting on this basis. The issue of whether a reference is prior art is a legal question, *Power Integrations, Inc. v. Fairchild Semiconductor Int'l, Inc.*, 578 F. Supp. 2d 698, 709-10 (D. Del. 2008), and, as set out above with respect to the dispute regarding RFAs Nos. 23-30, courts have denied motions to compel responses to RFAs that ask the plaintiff to admit that a system or reference is prior art to an asserted patent, *see, e.g.*, *McKesson Info. Sols. LLC*, 2009 WL 10636314, at *2 (explaining that an RFA asking the plaintiff to admit that "'the HealthMagic system is prior art to the '898 patent'. . . asks for a legal conclusion and is, therefore, improper").

offered for DuraSeal was too high"; and (6) "Integra has lost sales of DuraSeal because its applicator is prone to clogging." (D.I. 299, ex. A at 8-9)

Plaintiffs objected to each of these RFAs on the grounds that the requests are "vague, incomplete and [are] not limited to only one specific statement which can be admitted or denied as [they are] directed to multiple former customers." (*Id.*, ex. B at 23-27) The Court does not find Plaintiffs' objections justifiable here, for a few reasons.

First, the Court does not agree with Plaintiffs' suggestion that no response is required because the RFAs are directed to "multiple former customers." The Court views these requests, to the contrary, as appropriately directed to singular factual inquiries. An RFA that asks Plaintiffs to admit, for example, that some (i.e., more than one) former customers of DuraSeal bought fibrin glue instead of DuraSeal is not necessarily asking Plaintiffs to individually discuss the purchasing patterns of a long list of specific customers. Plaintiffs might need to (or want to) reference specific customers in the process of providing a complete, fact-based answer to this kind of an RFA. But the question itself does not directly flout the spirit or letter of the Local Rule against subparts.

Second, in their letter and at oral argument, Plaintiffs asserted, for example, that the inherent ambiguity of words such as "some" and "too high" in these requests leave the RFAs too ambiguous to answer. (D.I. 302 at 4; Tr. at 76-77) That objection is baseless. "Some" and "too high" are not difficult concepts. If words like these are off limits for purposes of propounding RFAs, soon there will be no words left to use. The meanings of these RFAs are not so unclear as to prevent Plaintiffs from responding. *See Susko v. City of Weirton*, Civil Action No. 5:09-CV-1, 2010 WL 1881933, at *14 (N.D.W.V. May 7, 2010) (finding plaintiff's objection to the RFA on

14

the basis that the word "raised" is unclear to be "unfounded" and requiring plaintiff to provide a

complete response to said RFA); *cf. Marchand v. Mercy Med. Ctr.*, 22 F.3d 933, 936 (9th Cir.

1994) (noting that parties responding to RFAs "should focus on the goal of the [Federal] Rules

[of Civil Procedure], full and efficient discovery, not evasion and word play"). Even were there

some justifiable basis to say that the meaning of these terms in the RFAs was inexact (and there

really isn't), the responding party "should supply its own definition and admit or deny, or qualify

its admission or denial to make it accurate and responsive." *Lauter*, 2009 WL 10672595, at *2.

As for Plaintiffs' substantive answers to RFAs Nos. 44-49, Plaintiffs provided the same

blanket response for each:

> Plaintiffs deny this request as written as there is insufficient
> information provided to admit or deny this request. Plaintiffs are
> aware of former customers of DuraSeal that are no longer
> purchasing any product in the synthetic dural sealant market (e.g.,
> former customers who have closed down, retired or otherwise
> stopped utilizing synthetic dural sealants). To the extent former
> DuraSeal customers are still in the market to purchase and use
> synthetic dural sealants like DuraSeal, Plaintiffs are aware of many
> reasons, why some former customers of DuraSeal may currently no
> longer purchase DuraSeal, including HyperBranch's offering
> products into the market for synthetic dural sealants, such as the
> Adherus AutoSpray Dural Sealant and Adherus AutoSpray
> Extended Tip (ET) Dural Sealants as the only other FDA approved
> synthetic dural sealant in the United States.

(D.I. 299, ex. B at 23-27) As previously noted, the Rules make clear that Plaintiffs had to

respond with specificity to the substance of the matter. *See* Fed. R. Civ. P. 36(a)(4) (requiring

that a "denial must fairly respond to the substance of the matter" and that a partial denial or

qualified response must "specify the part admitted and qualify or deny the rest"); Fed. R. Civ. P.

37(a)(4) ("[A]n evasive or incomplete disclosure, answer, or response must be treated as a failure

to disclose, answer, or respond."). In the Court's view, Plaintiffs' one-size-fits-all response to the six RFAs at issue here does not fulfill this obligation, as it does not sufficiently respond to the substance of each unique RFA.[9]

For instance, RFA No. 45 asks for an admission or denial that some former customers of DuraSeal purchased fibrin glue instead of DuraSeal, yet nothing in Plaintiffs' response even makes reference to the term "fibrin glue." (*See* Tr. at 53-54)

(D.I. 299, ex. D at 214-15)  Turning to RFA No. 46, though it asks Plaintiffs to admit that not all former customers of DuraSeal have purchased Adherus, Plaintiffs' answer does not directly respond to that particular question. (*Id.*, ex. B at 24-25)  Instead, Plaintiffs state that they are aware of former DuraSeal customers *that are no longer purchasing any* synthetic dural sealant. Is that an admission that Plaintiffs are aware that these customers (or at least some of them) did not ever purchase Adherus? By evading the actual words used in Defendant's question, Plaintiffs avoid providing a responsible answer to the question that Defendant *actually asked.* Plaintiffs' responses to the other RFAs in this group similarly fail to forthrightly admit or deny (or provide an appropriate qualification as to) the applicable request.

For these reasons, Plaintiffs must provide complete and sufficient responses to RFAs Nos. 44-49.

---

[9]     It is a good indicator that a party has not sufficiently responded to RFAs when the six RFAs ask six *different* questions and yet the responding party provides *the same* answer to all six questions.

16

## III.   CONCLUSION

For the reasons stated above, the Court ORDERS that, by no later than **October 9, 2017**, Plaintiffs shall respond to Defendant's RFAs Nos. 24, 36, 37, 38, 39, 44, 45, 46, 47, 48 and 49, as well as those remaining disputed RFAs (of the group including RFA Nos. 23 and 25-30) for which Plaintiffs' sole objection is that Defendant failed to provide a value for "n."

Because this Memorandum Order may contain confidential information, it has been released under seal, pending review by the parties to allow them to submit a single, jointly proposed, redacted version (if necessary) of the order. Any such redacted version shall be submitted no later than **October 2, 2017**, for review by the Court, along with a detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted). The Court will subsequently issue a publicly-available version of its Memorandum Order.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

17

# EXHIBIT C

# REDACTED

EXHIBIT D

    

# Advanced Liquid Logic



[(https://ece.duke.edu/sites/ece.duke.edu/files/advanced-liquid-logic-story.jpg)](https://ece.duke.edu/sites/ece.duke.edu/files/advanced-liquid-logic-story.jpg)

**Founded in 2004** by:

- **Richard Fair**, ECE PhD '69, Lord-Chandran Professor of Electrical and Computer Engineering

- **Vamsee Pamula**, ECE PhD '00

- **Michael Pollack**, ECE PhD '01

**What it does:** Develops and manufactures digital microfluidics-based research and diagnostic products

**Employees:** 80

Acquired by Illumina in 2013
Advanced Liquid Logic

## LAB-ON-A-CHIP TECHNOLOGY, A MODEL OF DUKE START-UP INNOVATION



DUKE UNIVERSITY»     PRATT SCHOOL OF ENGINEERING»

But because Pamula and Pollack were interested in biological applications, they went in a very different direction: digital microfluidics.

## SHARING KNOWLEDGE ACROSS DISCIPLINES

Although microfluidics is historically the domain of chemical and mechanical engineering, says Pratt ECE Professor Richard Fair, his lab got involved in 1997 because the Defense Advanced Research Projects Agency (DARPA) was trying to apply lessons learned from the design of computer chips to microfluidic chips.

"The equipment at that time used big, clunky valves, pumps and channels, and DARPA wanted an ECE mentality to help them develop a smaller equivalent with a switching device," says Fair. "People who design digital systems saw the similarity between computer bits and discrete fluid droplets."

Supported by DARPA, Pollack pursued his PhD in Fair's lab, where the technology was developed and Pollack coined the term "digital microfluidics." The technology—which uses electrodes to manipulate the surface tension of (and therefore control) drops of liquid—requires much less fluid and much smaller processing and testing equipment.

After completing his PhD, Pollack was joined by Pamula as post-doctoral researchers in Dr. Fair's lab. The pair made plans to execute the technology as a business and, with two Small Business Innovation Research (SBIR) grants, founded Advanced Liquid Logic in 2004.

Nine years later, the company is going strong—in fact, it was recently acquired by Illumina, Inc., which develops life science tools and integrated systems for analyzing genes.

"We had built relationships with a number of companies to commercialize the technology over the years," said ALL CEO Richard West (BSME'79). "But the ultimate validation of the technology, and of the progress that the team has made, occurred on July 23, 2013, when Illumina announced that they had acquired the company. Illumina's market power and resources will ensure the technology's commercial success."

## THE VALUE OF PARTNERSHIPS AND OTHER WORDS OF WISDOM FOR FUTURE ENTREPRENEURS



DUKE UNIVERSITY»        PRATT SCHOOL OF ENGINEERING»

developer and seller of reagents for genetic analysis. In 2011, ALL and NuGEN started selling the Mondrian SP Workstation, which uses disposable microfluidic cartridges to automate genomic-sample preparation for next-generation DNA sequencing.

Another collaboration, with physicians at Duke's Jean and George Brumley Jr. Neonatal Perinatal Research Institute (NPRI), began when Pamula and Pollack were Pratt graduate students—and led to one of ALL's first products.

"Since its beginnings, ALL has had a continuous and productive collaboration with Duke's [Jean and George Brumley Jr.] Neonatal/Perinatal Research Institute [NPRI]," Pamula says. "Dr. Ron Goldberg had the vision to see this technology's potential for addressing the needs of neonates and provided critical seed funding in the company's early days."

Since then, the company has worked with NPRI neonatologists on several grant-funded projects, including one for newborn screening (NBS) that has led to a product now on the market. The product, which identifies lysosomal storage disorders (LSDs) in newborns, is currently being used in a pilot study to screen all newborns in Missouri. Several babies with LSDs have been identified and are being treated.

Illumina plans to use ALL's digital microfluidics technology to improve its next-generation gene sequencing workflow. Electrowetting allows for precise manipulation of small droplets within a sealed disposable cartridge to perform complex laboratory protocols. This will streamline Illumina's next-generation sequencing workflow and make it more consistent, Illumina said in its announcement of the acquisition.

From helping Pamula and Pollack identify potential uses for their ideas to helping them license patents and develop prototypes, collaborations like these have been very valuable to ALL, Fair says, and can be critical to the success of new companies.

Fair, Pamula and Pollack have good insights to share with engineering students who hope to someday start their own businesses.

## "BUSINESS REVOLVES AROUND PEOPLE, NOT JUST THINGS"



*Vamsee Pamula and Michael Pollack*

"Engineering is about building things," says Pamula, "so while you're at it, you may as well build some useful things that can be widely disseminated to solve real problems."

Pollack says the time he and Pamula spent in Fair's lab as ECE graduate students helped them do just that.

"Our work in Dr. Fair's lab enabled us to prove our technology's feasibility and to begin to explore some potential applications," says Pollack. "It also allowed us to interact with other labs, particularly some in Duke University Medical Center, to better understand some of the problems that our technology could potentially solve."

"A big challenge for any device-oriented start-up is finding that application that will drive the bread-and-butter revenues," Fair says. "So partnering with these folks, seeing what they want to do with the technology, lowering the barriers to innovation and transferring the technology to the people who actually use it has been key in helping them do that."

That said, success doesn't come simply from how good an idea is.

"Success comes from executing a good idea well and having the right people in place; it comes from the management, the business plan and recognizing one's own areas of expertise and letting employees skilled in other areas handle those areas," says Fair. "The most valuable advice I gave to Michael and Vamsee was probably to get an experienced CEO," which the company found in West. West joined the company in 2005.

Pamula thinks that engineering students who dream of entrepreneurship should strive for a range of experiences.

"Business revolves around people, not just things, so try to get broad exposure to a variety of areas outside of engineering, particularly in business, humanities and law,"

DUKE UNIVERSITY»    PRATT SCHOOL OF ENGINEERING»



level of technical maturity required for a commercial product."

As for the ideal time to strike out on one's own, "there's no better time to take a risk in starting a company than when you're just out of school," Pamula says. "You have nothing to lose and your naiveté may be an advantage in looking at problems in a novel way."

--by Jeni Baker

*Srinivasan, who later became ALL's first full-time employee, now leads the company's engineering activities.*

**Company or Story Subtitle:**

lab on a chip technology

# EXHIBIT E

## RESUME
Richard B. Fair
3414 CAMBRIDGE RD.
DURHAM, NORTH CAROLINA 27707

## EDUCATION AND HONORS

BSEE - Duke University, Durham, N.C., 1964, Presbyterian Church Scholarship, 1961.
MSEE - Penn State University, University Park, Pa., 1966, Sylvania Fellow, 9-64/6-66.
Ph.D. - Duke University, Durham, N.C., 1969, NDEA Fellow, 9-66/6-69.

### Awards

(1) Outstanding Paper Award - IEEE Spring Symp., Duke University, 1969.
(2) "Outstanding Young Men of America" Award, 1973.
(3) "Outstanding Young Electrical Engineer of the Year" Award, 1974 -National Award from Eta Kappa Nu.
(4) American Men and Women in Science, 1979 - Present
(5) Who's Who in Technology Today, 1980, 81.
(6) Adjunct Professor, Dept. of Electrical Eng., Duke University, 1980-81.
(7) Who's Who in Frontiers of Science and Technology, 1985, 1986
(8) Who's Who in the Semiconductor Industry, 1986.
(9) Fellow Award, IEEE, 1990
(10) Who's Who in Engineering, 1991, 1993
[11] Who's Who in America, 1991, 1993
(12) Fellow Award, Electrochemical Society, 1994
(13) Professor James F. Gibbons Achievement Award, 4th International Conference on Advanced Thermal Processing, 1996
(14) Third Millennium Medal, IEEE, 2000
(15) Solid State Science and Technology Award – The Electrochemical Society, 2003

## MEMBERSHIPS / PROFESSIONAL ACTIVITIES

(1) Member, Sigma Xi
(2) Fellow, Electrochemical Society
    a. Session Chairman numerous times, 1975-present
    b. Symposium Chairman - "Diffusion Processes in Semiconducting Materials," St. Louis, 1980
    c. Member of Electronics Division Executive Committee, 1987 -
    d. Organizing Committee - 6th International Symposium on ULSI Science and Technology
    e. Organizing Committee - 1st Inter. Conf. On ULSI Process Integration - 1999.

f. Organizing Committee - Joint Electronics/Dielectric General Session - 1997-
g. Co-chair, Sixth International Symposium on ULSI Science and Technology, Montreal (1997)


(3) Life Fellow- IEEE
    a. Session Chairman at 1977-78 International Electron Device Meetings (IEDM)
    b. Chairman, Solid State Device Committee for 1978 IEDM
    c. Member, Integrated Circuit Technology Subcommittee for 1982 IEDM
    d. Member of Editorial Board - Proceedings of the IEEE - 1988-
    e. Editor, Proceedings of IEEE - 1993- 2001
    f. Associate Editor - Trans. Electron Devices - 1990-1993
    g. Guest Editor, Special Issue on NSF Engineering Research Centers, Proceedings of IEEE, Jan. 1993.
    h. Member, IEEE Publications Board - 1993-

(4) Electronic Materials Committee of AIME - 1985 - 1989
(5) Materials Research Society
    a. Symposium Co-Chairman - "Impurity Diffusion and Gettering in Silicon" - 1984
    b. Member of Editorial Board - Bulletin of Materials Research Society - 1985-1987
(6) Co-chair, 1st International Rapid Thermal Processing Conference, Phoenix (1993).
(7) Co-chair, 2nd International Rapid Thermal Processing Conference, Monterey (1994).
[8] Co-chair, 3rd International Rapid Thermal Processing Conference, Amsterdam (1995).
(9) Co-chair, 4th International Rapid Thermal Processing Conference, Boise (1996).
(10) Co-chair, 5th International Rapid Thermal Processing Conference, New Orleans (1997).
(11) Co-Chair, Fourth International Workshop on Meas., Characterization, and Modeling of Ultra- shallow Doping Profiles in Semiconductors, Research Triangle Park, (1999).
(12) Member of Editorial Advisory Board, Journal Microfluidics and Nanofluidics, (2008-


## International Activities

(1) Instructor, CEI Europe - 1985 - present
(2) Member, International Advisory Panel, Microelectronics Systems '91 Conference, Kuala Lumpur, Malaysia
(3) Member, International Advisory Committee, Annual Semiconductor Conference '92-99, Bucharest, Romania
(4) Member, International Advisory Committee, 1993 Symposium on Semiconductor Modeling and Simulation, Taipei, Taiwan
(5) Member, Program Committee, Inter. Symposium on Advanced Microelectronic Devices and Processing - 1993, Sendai, Japan

## Employment Experience

Present- - Lord-Chandran Professor of Engineering, Pratt School of Engineering

1993-1994 - Director, Microfabrication Technology and the associated Research Institute of MCNC; Professor, Electrical Engineering, Duke University

1990-1993 - Vice President, MCNC and Executive Director, Center for Microelectronic Systems Technologies; Professor, Electrical Engineering, Duke University

1986-1990 - Vice President, Design Research and Technology, MCNC; Professor, Electrical Engineering, Duke University

10/88-3/89 - Acting President, MCNC; Professor, Electrical Engineering, Duke University

1981-1985 - Vice President, Research Program Management, MCNC; Professor, Electrical Engineering, Duke University

1973-1981 - Supervisor, Bell Laboratories, Reading, PA.

1969-1973 - Member of Technical Staff, Bell Laboratories, Reading, PA.

## Board Memberships

1992-1994 - Advanced Technology Applications, Inc.
1993- Microelectronic Technology Corp.
1995- present -Engineering Advisory for the Aurora Fund.
1996- present - Technical Advisory Board, Thunderbird Technologies, Inc.
2003- present - Technical Advisory Board, R.J. Mears, Inc.
2004-present – Chairman, Scientific Advisory Board, Advanced Liquid Logic

## Courses Taught

EE218 (Integrated Circuit Engineering) Spring Semester 1982-present
EE163 ( Introduction to Integrated Circuits) Fall/Spring Semester, 1995-99
EE62 (Introduction to Semiconductor Devices), Spring Semester, 1999-present
ECE299 (Biochip Engineering), Fall Semester, 2005-2007

## U.S Patents

(1) U.S. Patent 4,033,027 - Dividing Metal Plated Semiconductor Wafers -
July 5, 1977

(2) U.S. Patent 6,911,132 – Apparatus for Manipulating Droplets by Electrowetting-based Techniques – June 28, 2005

(3) U.S. Patent 6,989,234 – Method and Apparatus for Non-Contact Electrostatic Actuation of Droplets – January 24, 2006

(4) U.S. Patent 7,329,545 – Methods for Sampling a Liquid Flow – February 12, 2008

(5) U.S. Patent 7,439,014 – Droplet-based Surface Modification and Washing – October 21, 2008

(6) U.S. Patent 7,569,129 – Methods for manipulating droplets by electrowetting-based techniques – August 4, 2009

(7) U.S. Patent 7,727,723 – Droplet-based pyrosequencing – June 1, 2010.

(8) U.S. Patent 7,759,132 – Methods for performing microfluidic sampling – July 20, 2010.

(9) U.S. Patent 8,048,628 – Methods for nucleic acid amplification on a printed circuit board – Nov. 1, 2011

(10) U.S. Patent 8,147,668 – Apparatus for manipulating droplets – April 3, 2012.

(11) U.S. Patent 8,221,605 – Apparatus for manipulating droplets – July 17, 2012.

(12) U.S. Patent 8,287,711 – Apparatus for manipulating droplets – October 16, 2012.

(13) U.S. Patent 8,313,895 – Droplet-based surface modification and washing – Nov. 20, 2012

(14) U.S. Patent 8,349,276 – Apparatus and methods for manipulating droplets on a printed circuit board – Jan. 8, 2013.

(15) U.S. Patent 8,388,909 – Apparatus and methods for manipulating droplets – Mar.5, 2013.

(16) U.S. Patent 8,389,297 – Droplet-based affinity assay device and system – Mar.5, 2013.

(17) U.S. Patent 8,394,249 – Methods for manipulating droplets by electrowetting-based techniques – Mar.12, 2013.

(18) U.S. Patent 8,613,889 – Droplet-based washing – December 24, 2013.

(19) U.S. Patent 8,541,176 – Droplet-based surface modification and washing – September 24, 2013.

(20) U.S. Patent 8,524,506 – Methods for sampling a liquid flow – September 3, 2013.

(21) U.S. Patent 8,492,168 – Droplet-based affinity assays – July 23, 2013.

(22) U.S. Patent 8,470,606 – Manipulation of beads in droplets and methods for splitting droplets – June 25, 2013.

(23) U.S. Patent 8,685, 754 – Droplet actuator devices and methods for immunoassays and washing – April 1, 2014.

(24) U.S. Patent 8,846,414 – Detection of cardiac markers on a droplet actuator – Sept. 30, 2014.

(25) US Patent 8,871,071, "Droplet manipulation device", Oct. 28, 2014.

(26) US Patent 8,906,627, "Apparatuses and methods for manipulating droplets", Dec. 9, 2014.

(27) US Patent 8,951,721, "Droplet-based surface modification and washing," Feb. 10, 2015

(28) US Patent 8,980,198, "Filler fluids for droplet operations," Mar. 17, 2015

(29) US Patent 9,046,514, "Droplet actuator devices and methods employing magnetic beads," - June 2, 2015

(30) US Patent 9,110,017, "Apparatuses and methods for manipulating droplets", Aug. 18, 2015.

(31) US Patent 9,180,450 "Droplet manipulation system and method," Nov. 10, 2015.

(32) US Patent 9,243,282, "Droplet-based pyrosequencing," Jan. 26, 2016.

(33) US Patent 9,395,361, "Bead incubation and washing on a droplet actuator," July 19, 2016.

(34) US Patent 9,476,856, "Droplet-based affinity assays," Oct. 25, 2016.

(35) US Patent 9,638,662, "Apparatuses and methods for manipulating droplets," May 2, 2017.

(36) US Patent 10,022,719, "Dropletmanipulation device," July 17, 2018.

**U.S. Applications:**

1 20160231268 DROPLET-BASED SURFACE MODIFICATION AND WASHING
2 20160114320 Droplet Manipulation Device
3 20160108433 SYSTEMS, APPARATUS, AND METHODS FOR DROPLET-BASED
    MICROFLUIDICS CELL PORATION
4 20150336098 Apparatuses and Methods for Manipulating Droplets
5 20150314293 Droplet Actuator Devices and Methods Employing Magnetic Beads
6 20150174577 Filler Fluids for Droplet Operations
7 20150148238 DROPLET-BASED SURFACE MODIFICATION AND WASHING
8 20150060284 Apparatuses and Methods for Manipulating Droplets


### **WO and EP Patents**

1. EP1859330B1
2. EP2016189B1
3. EP1479365B1
4. EP2016091B1
5. WO/2009/111723A1
6. WO/2009/111723A9
7. EP2016189A2
8. EP2016091A2
9. EP1859330A2
10. WO/2007/120241A3
11. WO/2007/120241A2
12. WO/2007/120240A2
13. WO/2007/120240A3
14. WO/2006/081558A2
15. WO/2006/081558A3
16. EP1554568A4
17. EP1554568A2
18. WO/2004/030820A2
19. WO/2004/029608A1
20. WO/2004/029585A1
21.


## PUBLICATIONS
## REFEREED ARCHIVAL JOURNALS

(1) R. B. Fair, "A Wide Slit Scanning Method for Measuring Electron and Ion Beam Profiles," J. Phys. E., 4, 35 (1971).

(2) R. B. Fair, "A Self-Consistent Method of Estimating Non-Step Junction Doping Profiles from Capacitance - Voltage Measurements," J. Electrochem. Soc.,118, 971 (1971).

(3) R. B. Fair, "Analysis and Design of Ion Beam Deposition Apparatus," J. Appl. Phys., 42, 3176 (1971).

(4) R. B. Fair, "Harmonic Distortion in the Junction Field-Effect Transistor with Field-Dependent Mobility," IEEE Trans. Electron Dev., ED-19, 9 (1972).

(5) R. B. Fair, "Profile Estimation of High Concentration Arsenic Diffusion," J. Appl. Phys., 43, 1278 (1972).

(6) R. B. Fair, "High Concentration Arsenic Diffusion in Silicon form A Doped Oxide Source," J. Electrochem. Soc., 119, 1389 (1972).

(7) R. B. Fair and G. R.Weber, "The Effect of Complex Formation on the Diffusion of Arsenic in Silicon," J. Appl. Phys., 44, 273 (1973).

(8) R. B. Fair,"Quantitative Theory of Retarded Base Diffusion in Silicon NPN Structures with Arsenic Emitters," J. Appl. Phys., 44, 283 (1973).

(9) Total Arsenic Concentration in Heavily Doped n and p Type Silicon," J. Appl. Phys., 44, 280 (1973).

(10) R. B. Fair, "Explanation of Anomalous Base Regions in Transistors," Appl. Phys. Lett., 22, 186 (1973).

(11) R. B. Fair,"Optimum Low-Level Injection Efficiency of Silicon Transistors with Shallow Arsenic Emitters," IEEE Trans. Electron Devices, Vol. ED-20, 642 (1973).

(12) R. B. Fair, "Correction of Calculated Vacancy Diffusion Length at 1000 C in Silicon," J. Appl. Phys., 44, 3794 (1973).

(13) R. B. Fair, "Cooperative Effects Between Arsenic and Boron in Silicon During Simultaneous Diffusions from Ion-Implanted and Chemical Source Predepositions," Solid State Electronics, 17, 17 (1974).

(14) R. B. Fair, "Graphical Design and Iterative Analysis of the DC Parameters of GaAs FETS," IEEE Trans. Electron Devices, Vol. ED-21, 357 (1974).

(15) R. B. Fair, "Boron Diffusion in Silicon-Concentration and Orientation Dependence, Background Effects and Profile Estimation," J. Electrochem. Soc., 122, 800 (1975).

(16) R. B. Fair and P.N. Pappas, "Diffusion of Ion Implanted Boron in High Concentration P and As-Doped Silicon," J. Electrochemical Soc., 122, 1241 (1975).

(17) R.B. Fair and P.N. Pappas, "The Gettering of Boron by an Ion-Implanted Antimony Layer in Silicon," Solid State Electrons, 18, 1131 (1975).

(18) R. B. Fair, "Performance Estimation and Optimized Design Considerations for Microwave Power GaAs FETS," IEEE Trans. Electron Dev., ED-22, (1975).

(19) R. B. Fair and J. C. C. Tsai, "The Diffusion of Ion-Implanted As in Si," J. Electrochem. Soc., 122, 1689 (1975).

(20) R. B. Fair and J. C. C. Tsai, "Profile Parameters of Implanted-Diffused Arsenic Layers in Silicon," J. Electrochem. Soc., 123, 583 (1976).

(21) R. B. Fair, "Transistor Design Considerations for Low-Noise Preamplifiers," IEEE Trans. Nuclear Sci., Vol. NS-23, 218 (Feb. 1976).

(22) R. B. Fair, H. W. Wivell, "Zener and Avalanche Breakdown in As-Implanted Low-Voltage Si n-p Junctions," IEEE Trans. Electron Dev., Vol. ED-23, p. 512 (May 1976).

(23) R. B. Fair and J. C. C. Tsai, "A Quantitative Model of the Diffusion of Phosphorus in Silicon and the Emitter Dip Effect," J. Electrochem Soc., Vol. 124, 1107 (1977).

(24) R. B. Fair, "Analysis of Phosphorus-Diffused Layers in Silicon," J. Electrochem. Soc., 125, 323-327 (Feb. 1978).

(25) R. B. Fair, "Quantified Conditions for Emitter-Misfit Dislocation Formation in Silicon," J. Electrochem. Soc., 125, 928-926 (June, 1978).

(26) R. B. Fair and J. C. C. Tsai, "Discussion of A Quantitative Model for the Diffusion of Phosphorus in Silicon and the Emitter Dip Effect," J. Electrochem. Soc, 125, 997-998 (June 1978).

(27) R. B. Fair and J. C. C. Tsai, "Theory and Direct Measurement of Boron Segregation in SiO2 During Dry, Near Dry, and Wet O2 Oxidation, J. Electrochem. Soc., 125, 2050 (1978).

(28) R. B. Fair, "Effect of Strain-Induced Band Gap Narrowing on E-centre Concentrations in Si," Inst. Phys. Conf. Ser., No. 46, Chapter 9, 559 (1979).

(29) R. B. Fair, "The Effect of Strain-Induced Band-Gap Narrowing on High Concentration Phosphorus Diffusion in Silicon," J. Appl. Phys., 50, 860 (1979).

(30) R. B. Fair, "Modeling Laser-Induced Diffusion of Implanted Arsenic in Silicon," J. Appl. Phys., 50, 6552 (1979).

(31) R. B. Fair, "On the Role of Self-Interstitials in Impurity Diffusion in Silicon," J. Appl. Phys., 51, 5828 (1980).

(32) R. B. Fair, "Oxidation, Impurity Diffusion and Defect Growth in Silicon - An Overview," J. Electrochem. Soc., 128, 1360 (1981).

(33) R. B. Fair and R. C. Sun, "Threshold Voltage Instability in MOSFET's, Due to Channel Hot Hole Emission," IEEE Trans. Electron. Devices, ED-28, 83 (1981).

(34) R. B. Fair, "Molecular Transport and Diffusion in Solids," Sensors and Activators, 1, 305 (1981).

(35) R. B. Fair and A. Carim, "On the Doping Dependence of Oxidation-Induced Stacking Fault Shrinkage in Silicon," J. Electrochem Soc., 129, 2319 (1982).

(36) R. B. Fair, "The Silicon Process Balancing Act for VLSI," Solid State Tech., 25, 220 (1982).

(37) W. G. Meyer and R. B. Fair, "Dynamic Behavior of the Build-up of Fixed Charge and Interface States During Hot Carrier Injection in Encapsulated MOSFET's," IEEE Trans. Electron Dev., Vol. ED-30, 96 (1983).

(38) R. B. Fair, "MCNC-Organizing Research on the State Level," IEEE Spectrum, Vol. 20, p. 58 (1983).

(39) R. B. Fair, J. J. Wortman, J. Liu, M. Tischler and N.A. Masnari, "Modeling Physical Limitations on Junction Scaling for CMOS," IEEE Trans. Electron Dev., Vol ED-31, 1180 (1984).

(40) R. B. Fair, J. J. Wortman and J. Liu, "Modeling Rapid Thermal Diffusion of Arsenic and Boron in Silicon," J. Electrochem. Soc., 131, 2387 (1984).

(41) R. B. Fair, "The Role of Vacancies and Self-Interstitials in Impurity Diffusion in Silicon," Materials Science Forum , Vol. 1. (Trans. Tech. Pub. Switzerland) pp. 109-132 (1984).

(42) W. B. Wilson, H. Z Massoud, E. T. Swanson, R. T. George and R. B. Fair "Measurement and Modeling of Charge Feedthrough in n-Channel MOS Analog Switches," IEEE J. Solid State Cir. Vol. SC-20, pp. 1206-1213 (1985).

(43) J. Liu, J. J. Wortman and R. B. Fair, Shallow p +-n Junction for CMOS VLSI Application Using Germanium Preamorphization, IEEE Trans. Electron. Dev., Vol ED-32, 2533 (1985).

(44) R.B. Fair, "Modeling of Dopant Diffusion During Rapid Thermal Annealing," J. Vac. Sci. Technology A4, 926 (1986).

(45) R. B. Fair, M. L. Manda and J. J. Wortman, "The Diffusion of Antimony in Heavily Doped n- and p-type Silicon," J. Mates. Res., 1,705 -717 (1986).

(46) J. C. C. Tsai, D. G. Schimmel, R. B. Fair and W. Maszara, "Point Defect Generation During Phosphorus Diffusion in Silicon-1. Concentrations Above Solid Solubility," J. Electrochem. Soc., .134, 1508 (1987).

(47) R. Subrahmanyan, H. Z. Massoud and R. B. Fair, "The Influence of HCl on the Oxidation - Enhanced Diffusion of Boron and Arsenic in Silicon," J. Appl. Phys., 61, 4804 (1987).

(48) J. C. Tsai, D. G. Schimmel, R. E. Ahrens and R. B. Fair, "Point Defect Generation During Phosphorus Diffusion in Silicon II. Concentrations below Solid Solubility, Ion-Implanted Phosphorus," J. Electrochem. Soc., 134, 2348 (1987).

(49) R. B. Fair, "Reply to Comments of F. F. Morehead," J. Mater. Res., 2, 539 (1987).

(50) R. B. Fair, ."Low-Thermal Budget Process Modeling with the PREDICT Computer Program," IEEE Trans. Electron. Dev., .35, 285 (1988).

(51) A. C. Ajmera, G. A. Rozgonyi and R. B. Fair "Point Defect/Dopant Diffusion Considerations Following Preamorphization of Silicon via Si+ and Ge+ Implantation," Appl. Phys. Lett., 52 (10), 813 (1988).

(52) R.B. Fair and J.E. Rose, "Process Simulation of Submicron Technologies" Semicond. Int.,13, 72, (1987).

(53) M. C. Ozturk, J. J. Wortman and R. B. Fair,."Very Shallow P+n Junction Formation by Low Energy BF2+ Ion Implantation into Crystalline and Germanium Preamorphized Silicon," Appl. Phys. Lett., 52 (12), 963 (1988).

(54) R. Subrahmanyan, H. Z. Massoud and R. B. Fair, "Experimental Characterization of Two-Dimensional Dopant Profiles in Silicon Using Chemical Staining," Appl. Phys. Lett., 52 (25), 2145 (1988).

(55) Y. Kim, H.Z. Massoud and R.B. Fair, "Boron Profile Changes During Low-Temperature Annealing of BF2+-implanted Silicon," Appl. Phys. Lett., .53, 2197 (1988).

(56) Y. Kim, H.Z. Massoud and R.B. Fair, "The Effect of Ion-Implantation Damage on Dopant Diffusion in Silicon During Shallow-Junction Formation," J. Electronic Mater., 18, 143 (1989).

(57) R.B. Fair, "The Role of Transient Damage Annealing in Shallow Junction Formation," Nuclear Instr. and Methods, B37/38, 371 (1989).

(58) W.B. Rogers, H.Z. Massoud, R.B. Fair, U.M. Gosele, T.Y. Tan and G.A. Rozgonyi, "The Role of Silicon Self-Interstitials Supersaturation in the Retardation of Oxygen Precipitation in Czochralski Silicon," J. Appl. Phys., 65, 4215-4219 (1989).

(59) R.B. Fair, "Point Defect Charge-State Effects on Transient Diffusion of Dopants in Si," J. Electrochem. Soc., 137, 667 (1990).

(60) R.B. Fair and G.A. Ruggles, "Thermal Budget Issues for Deep Submicron ULSI," Solid State Tech., .33, 107 (1990).

(61) R.B. Fair, "Damage Removal/Dopant Diffusion Tradeoffs in Ultra-Shallow Implanted p+-n Junctions," IEEE Trans. Electron Dev., vol 37, 2237 (1990).

(62) Y. Kim, H.Z. Massoud and R.B. Fair, "The Effect of Annealing Ambient on Dopant Diffusion in Silicon during Low Temperature Processing, J. Electrochem. Soc. 137, 2599-2603 (1990).

(63) R.B. Fair (Invited), "Challenges to Manufacturing Submicron, Ultra-Large Scale Integrated Circuits," Proc. IEEE, .78, pp. 1687-1705, Nov. 1990.

(64) R. Subrahmanyan, H.Z. Massoud and R.B. Fair, "Comparison of Measured and Simulated Two Dimensional Profiles in Si," J. Electrochem Soc., 137, 1573 (1990).

(65) R.B. Fair, C.L. Gardner, M.J. Johnson, S.W. Kenkel, D.J. Rose, J.E. Rose and R. Subrahmanyan, "Two-Dimensional Process Simulation Using Verified Phenomenological Models," IEEE Trans. Computer-Aided Design, vol. 10, p. 643 (1991).

(66) M.R. Mirabedini, S.H. Goodwin-Johansson, H.Z. Massoud and R.B. Fair, "Subquarter-micrometer Elevated Source and Drain MOSFET Structure using Polysilicon Spacers," Electronic Lett., 30, 1631 (1994).

(67) R.B. Fair and R.A. Gafiteanu, "Modeling Boron Difusion in Thin Oxide p+ Si Gate Technology," IEEE Electron Dev. Lett., 17, 497-499 (1996).

(68) R.B. Fair, "Oxide Thickness Effect on Boron Diffusion in Thin Oxide p+ Si Gate Technology," IEEE Electron Dev. Lett., 17, 242 (1996).

[69] R.B. Fair, "Physical Models of Boron Diffusion in Ultrathin Gate Oxides," J. Electrochem. Soc., 144, 708 (1997).

(70) R.B. Fair, "Modeling Boron Diffusion in Ultrathin Nitrided Oxide p+ Si Gate Technology," IEEE Electron Dev. Lett., 18, 244 (1997).

(71) G. Chen, T. Borca-Tasciuc, and R.B. Fair, "Photon Effect on Radiative Properties of Silicon During Rapid Thermal Processing," J. Appl. Phys. 82, 830 (1997).

[72] R.B. Fair, "History of Some Early Developments in Ion Implantation Technology Leading to Silicon Transistor Manufacturing," Proc. of IEEE, 86, 111 (1998).

(73) R.B. Fair and S. Li, "Photonic Effects in the Deactivation of Ion Implanted Arsenic," J. Appl. Phys., 83, 4081 (1998).

(74) N. Vasudevan, R.B. Fair, and H.Z. Massoud, "Energy Considerations During the Growth of a Molten Filament in Metal-to-metal Amorphous-silicon Antifuses," J. Appl. Phys., 84, 4979 (1998).

(75) T.W. Tsuei, R.L. Wood, C.K. Malek, M.M. Donnelly, and R. B. Fair, "Tapered Microvalves Fabricated by Off-axis X-ray Exposures," Microsystem Technologies, 4, 201 (1998).

(76) N. Vasudevan, R.B. Fair, and H.Z. Massoud, "ON-state Reliability of Amorphous-silicon Antifuses, J. Appl. Phys., 84, 6440 (1998).

(77) N. Vasudevan, H.Z. Massoud, and R.B. Fair, "A Thermal Model for the Initiation of Programming in Metal-to-Metal Amorphous-Silicon Antifuses," J. Electrochem. Soc., 146, 1536-1539 (1999).

(78) R.B. Fair, "Anomalous B Penetration Through Ultrathin Gate Oxides During Rapid Thermal Annealing," IEEE Electron Dev. Lett., 20, 466 (1999).

(79) Y. Wu, H. Niimi, H. Yang, G. Lucovsky, and R.B. Fair, "Suppression of Boron Transport Out of p+ Polycrystalline Silicon at Polycrystalline Silicon Dielectric Interfaces," J. Vac. Sci. Technol. B, 17(4), 1813-1822 (1999).

(80) T. Zhang, A. Dewey, and R.B. Fair, "A Heirarchical Approach to Stochastic Discrete and Continuous Performance Simulation Using Composable Software Components," J. Microelectronics, 31 (1999).

(81)    M.G. Pollack, R.B. Fair, and A.D. Shenderov, "Electrowetting-Based Actuation of Liquid Droplets for Microfluidic Applications," *Appl. Phys. Lett*., 77, 1725 (2000).

(82)    T. Zhang, F. Cao, A. Dewey, R.B. Fair, and K. Chakrabarty, "Performance Analysis of Microelectrofluidic Systems Using Hierarchical Modeling and Simulation," IEEE Trans. Circuits and Systems II: Analog and Digital Processing, vol. 48, 482 (2001).

(83)    J. Ding, K. Chakrabarty and R. B. Fair, "Scheduling of Microfluidic Operations for Reconfigurable Two-Dimensional Electrowetting Arrays", *IEEE Transactions on Computer-Aided Design of Integrated Circuits & Systems*, 29, 1463-1468 (2001).

(84)    T. Zhang, K. Chakrabarty and R. B. Fair, "Design of Reconfigurable Composite Microsystems Based on Hardware/Software Co-design Principles," *IEEE Transactions on Computer Aided Design of Integrated Circuits and Systems,* 21, 987 (2002).

(85)    M.G. Pollack, A.D. Shenderov, and R.B. Fair, "Electrowetting-based Actuation of Droplets for Integrated Microfluidics," *Lab on a Chip*, vol. 2, pp. 96-101, 2002.

(86)     T. Zhang, K. Chakrabarty and R. B. Fair, "Integrated hierarchical design of microelectrofluidic systems using SystemC", *Microelectronics Journal*, vol. 33, pp. 459-470, May 2002.

(87)     H. Ren, R. B. Fair, M. G. Pollack and E. J. Shaughnessy, **"**Dynamics of Electro-wetting Droplet Transport**,** *Sensors and Actuators B: Chemical,* Volume 87, Issue 1, 15 November 2002, Pages 201-206.

(88)     P. Paik, V.K. Pamula, M.G. Pollack, and R.B. Fair, "Electrowetting-Based Droplet Mixers for Microfluidic Systems," *Lab on a Chip*, vol. 3, pp.28-33 (2003).

(89)     H. Ren, R.B. Fair, and M. Pollack, "Automated On-Chip Droplet Dispensing with Volume Control by Electrowetting Actuation and Capacitance Metering", *Sensors and Actuators B*, 98, 319-327 (2004).

(90)     P. Paik, V.K. Pamula, and R.B. Fair, "Rapid Droplet Mixers for Digital Microfluidic Systems," *Lab, on a Chip*, vol. 3, pp.253-259 (2003).

(91)     V. Srinivasan, V.K. Pamula, and R.B. Fair, "Droplet-based microfluidic lab-on-a-chip for glucose detection," *Analytica Chimica Acta*, Vol. 507, 145-150 (2004).

(92)     T. Zhang, K. Chakrabarty, and R.B. Fair, "Behavioral Modeling and Performance Evaluation of Microfluidics-Based PCR Systems Using System C", IEEE Trans, Computer-Aided Design of Integrated Cir. And Sys., vol. 23, 843 (2004).

(93)     V. Srinivasan, V.K. Pamula, and R.B. Fair, "An Integrated Digital Microfluidic Lab-on-a-Chip for Clinical Diagnostics on Human Physiological Fluids," Lab-On-A-Chip, 4, 310 (2004).

(94)     F. Su, K. Chakrabarty, and R.B. Fair, "Microfluidics-Based Biochips: Technology Issues, Implementation Platforms, and Design Automation Challenges," *IEEE Trans. Computer-Aided Des. Of Integ. Cir. And Sys.*, vol. 25, pp. 211-223 (2006).

(95)     R.B. Fair, "Digital Microfluidics: is a true lab-on-a-chip possible?" *J. Microfluidics and Nanofluidics*, vol. 3, 245-281 (2007). (Invited)

(96)     R.B. Fair, A. Khylstov, T.D. Tailor, V. Ivanov, R.D. Evans, V.Srinivasan, V.K. Pamula, M.G. Pollack, P.B. Griffin, J. Zhou, "Chemical and Biological Applications of Digital Microfluidic Devices," *IEEE Design and Test of Computers*, 24, No. 1, pp.10-24, Jan-Feb (2007). (Invited)

(97)     J. Zhou, L. Lu, K. Byrapogu, D. Wootton; P. Lelkes, and R. Fair, "Electrowetting Based Multi-microfluidics Array Printing of High Resolution Tissue Construct with Embedded Cells and Growth Factors," *Virtual and Physical Prototyping*, 2:4, 217 – 223 (2007).

(98)     L. Luan, R.D. Evans, N.M. Jokerst, and R.B. Fair, "Integrated Optical Sensor in a Digital Microfluidic Platform," IEEE Sensors J., vol. 8, pp. 628-635 (2008).

(99)     R. B. Fair and M. A. Shannon and O. K. Tan and O. Geschke and C. H. Ahn and O. Kaynak and M. J. Vellekoop, *Introduction for the special issue on sensors for microfluidic analysis systems*, IEEE Sensors Journal, (2008), vol. 8, pp. 427 – 429.

(100)   R.B. Fair, "What is a lab-on-a-chip?" ACM/SIGDA Newsletter, vol. 38, No. 12, (2008)

(101)   J.H. Song, R. Evans, Y.-Y. Lin, B.-N. Hsu, and R.B. Fair, "A Scaling Model for Electrowetting-on-Dielectric Microfluidic Actuators," Microfluid Nanofluid Online First, Nov. 2008. In print: vol. 7, 75-89 (2009)

(102)   K. Chakrabarty, R.B. Fair, and J. Zeng, "Design Tools for Digital Microfluidic Biochips: Toward Functional Diversification and More than Moore," IEEE Trans. Computer-Aided Des. Integrated Cir. And Sys., vol 29, No. 7,pp. 1001-1017 (2010).

(103)  Y-Y Lin, R.D. Evans, E. Welch, B-N Hsu. A.C. Madison and R.B. Fair, Low-voltage electrowetting-on-dielectric platform using multi-layer insulators," Sensors and Actuators B: Chemical, v. 150, 465-470 (2010)

(103) E.R. Welch, Y-Y Lin, A. Madison, R.B. Fair, "Picoliter DNA sequencing chemistry on an electrowetting-based digital microfluidic platform," BioTechnology Journal, v. 6, pp. 165-176 (2011)

(104) D.J. Boles, J.L. Benton, G.J.Siew, M.H. Levy, P.K. Thwar, M.A. Sandahl, J.L. Rouse, L.C. Perkins, A.P. Sudarsan, R. Jalili, V.K. Pamula, V. Srinivasan, R.B. Fair, P.B. Griffin, A.E. Eckhardt, M.G. Pollack, "Droplet-based pyrosequencing using digital microfluidics," Anal. Chem, 83, 8439 (2011)

(105) L. Luan, M.W. Royal, R. Evans, R.B. Fair, and N.M. Jokerst, "Chip scale microresonator sensors integrated with embedded thin film photodetectors on electrowetting digital microfluidics platforms," IEEE Sensors Journal, v. 12, pp. 1794-1800, (2012)

(106) Y-Y Lin, E.F. Welch, R.B. Fair, "Low voltage picoliter droplet manipulation utilizing electrowetting-on-dielectric platforms," Sensors & Actuators, B: Chem. v. 173, pp. 338-345 (2012), http://dx.doi.org/10.1016/j.snb.2012.07.022

(107) M.W. Royal, N.M. Jokerst, and R.B. Fair, "Integrated sample preparation and sensing: polymer microresonator sensors embedded in digital electrowetting microfluidic systems," IEEE Photonics J., 4, 2126-35 (2012)

(108) M.W. Royal, N.M. Jokerst, and R.B. Fair, "Droplet-based sensing: Optical microresonator sensors embedded in digital microfluidics systems, IEEE Sensors J., 13, 4733-42, Dec. 2013.

(109) L. Chen and R.B. Fair, "Digital microfluidics chip with integrated intra-droplet magnetic bead manipulation," Microfluid Nanofluid, published online 24 September, 2015. Print: vol. 19, No. 6, pp. 1335-1348, Dec, 2015.

(110) A.C. Madison, M.W. Royal, and R.B. Fair, "Fluid transport in partially shielded electrowetting on dielectric digital microfluidic device," J. Microelectromechanical Sys., vol. 25, 593-605 (2016).

(111) J.A. Moore, N. Nemat-Gorgani, A.C. Madison, M.A. Sandahl, S. Punnamaraju, A.E. Eckhardt, M.G. Pollack, F.M Vigneault, G.M. Church, R.B. Fair, M.A. Horowitz and P.B. Griffin, "Automated electrotransformation of E. Coli on a digital microfluidic platform using bioactivated magnetic beads," Biomicrofluidics, vol. 11, p. 014110 (2017).

(112) R.B. Fair, "Demonstration of Automated Analysis of Multiple Analytes on an Integrated Digital Microfluidic Platform," Clinical Chem., Published online March 15, 2017.

(113) Andrew C. Madison, Matthew W. Royal, Frederic Vigneault, Liji Chen, Peter B. Griffin, Mark Horowitz, George M. Church, and Richard B. Fair, "Scalable device for automated microbial electroporation in a digital microfluidic platform," ACS Synthetic Biology, vol. 6, pp. 1701-1709 (2017)

(114) Andrew Madison, Mathew Royal, and Richard Fair," Piezo-driven acoustic streaming in an electrowetting-on-dielectric digital microfluidics device," Microfluid Nanofluid, 21, 176 (2017).

(115) L. Chen, A.C. Madison and R.B. Fair, "Cell manipulation and detection enhancement enabled by a microelectromagnet integrated with a digital microfluidic device,"Biosensors and Bioelectronics Open Access,  2018, issue 04,

**REFEREED CONFERENCE PROCEEDINGS**

(1) A. B. El-Kareh, R. B. Fair and C. R. Marsh, "A Machine-Scan Electron Beam Device," Proc. 8th Electron and Laser Beam Symp., p. 331 (1966).

(2) R. B. Fair,"Quantitative Theory of Retarded Base Diffusion in Silicon NPN Structures with Arsenic Emitters," 1972 IEDM Tech. Dig., p. 96 (1972).

(3) R. B. Fair, "Recent Advances in Implantation and Device Modeling for the Design and Process Control of Bipolar ICs, in Semiconductor Silicon 1977, Eds. H. R. Huff and E. Sirtl, pp. 968-987, (The Electrochemical Soc.) 1977.

(4) R. B. Fair, "Modeling Laser-Induced Diffusion of Implanted Arsenic in Silicon," "Proc. of Laser and Electron Beam Processing of Electronic Materials," (Ed. by C. L. Anderson, G. K. Celler, G. A. Rozgonyi, The Electrochem. Soc., Princeton) p. 204.

(5) R. B. Fair and R. C. Sun, "Threshold Voltage Instability in MOSFET's Due to Channel Hot Hole Emission," in Tech. Digest of the Inter. Electron Device Meeting, p. 746 (1980).

(6) R. B. Fair, "Modeling Anomalous Phenomena in Arsenic Diffusion in Silicon," in Semiconductor Silicon/1981. Eds. H. R. Huff, R. J. Krogler and Y. Takeishi. (The Electronic Society, Inc., Pennington, N.J., 1981) p.963.

(7) R. B. Fair and W. G. Meyer, "Anomalous Junctions Formed by Cross-contamination of Phosphorus During Arsenic Implantation in Silicon," in Silicon Processing, ASTM STP804, D.C. Gupta, Ed., American Society for Test and Mater., 1983, pp. 290-305.

(8) R. B. Fair, "Impurity Concentration Doping Effects on Impurity Diffusion in Silicon," Semiconductor Processing and Equipment Sym. Tech. Proc., p. 230 (1983).

(9) R. B. Fair, "Modeling of Dopant Diffusion and Associated Effects in Silicon" in Defects in Semiconductors II, Mat. Res. Soc. Symp. Proc. Vol. 14 (Elsevier, Amsterdam), pp.\ 61-74 (1983).

(10) R. B. Fair, "MCNC - A New Multi-Institutional Thrust in ManufacturingTechnology," Proceedings UGIM-83, IEEE, p. 10, 1983.

(11) R. B. Fair, J. J. Wortman, J. Liu, "Modeling Rapid Thermal Annealing Processes for Shallow Junction Formation in Silicon," 1983 IEDM Tech. Dig., pp. 658-661 (1983).

(12) B. Rogers, R. B. Fair, W. Dyson and G. A. Rozgonyi, "Computer Simulation of Oxygen Precipitation and Denuded Zone Formation," in VLSI Science and Technology 1984, Proceedings of the 2nd International Symposium on VLSI Science and Technology, Vol. 84-7 (The Electrochemical Society, Pennington, NJ) pp. 74- 84 (1984).

(13) R. B. Fair, "Observations of Vacancies and Self-Interstitials in Diffusion Experiments in Silicon," in Thirteenth Inter. Conf. on Defects in Semiconductors, Vol. 14a (Metallurgical Soc., Warrendale, PA.) ed. L. C. Kimberling and J. M. Parsey, pp. 173-185 (1984).

(14) R.B. Fair and R. Subrahmanyan, "PREDICT-A New Design Tool for Shallow Junction Processes," Proc., Adv. Applications of Ion Implantation, Vol. 530 (The Inter. Society for Optical Engineering, Bellingham, WA) ed. M.I. Current and D. K. Sadana, pp. 88-96 (1985).

(15) R. B. Fair and J. E. Rose, "A deep Decision Tree Approach to Modeling Submicron Silicon Technologies," in ICCAD Dig. of Tech. Papers, (Computer Society Press, Los Angeles, CA), pp. 248-251 (1987).

(16) R. B. Fair, "Process Models for Ultra-Shallow Junction Technologies," IEDM Tech. Digest, pp. 260-263 (1987).

(17) R.B. Fair, "The Role of Transient Damage Annealing in Shallow Junction Formation," Proc. Shanghai Workshop on Ion Implantation, Ed. Z. Shichang (Academia Seneca, Shanghai), 1989 pp.12-22.

(18) R.B. Fair, "Oxidation-induced Defects and Effects in Silicon During Low-Thermal-Budget Processing" in The Physics and Chemistry of SiO2 and the Si-SiO2 Interface, eds. C.R. Helms and B.E. Deal (Plenum, New York), 1989, pp.459-468.

(19) G.A. Ruggles, S.N. Hong, J.J. Wortman, M. Ozturk, E.R. Meyers, J.J. Hren and R.B. Fair, "A Comparison of Low Energy BF2 Implantation in Si and Ge Preamorphized Silicon," in Mat. Res. Symp. Proc.,vol. 128 (Mat. Res. Soc., Pittsburgh, 1989), p. 611.

(20) R. Subrahmanyan, H.Z. Massoud and R.B. Fair, "Accurate Junction-Depth Measurements Using Chemical Staining," in Semiconductor Fabrication: Technology and Metrology ASTM STP 990, D.C. Gupta, ed. (Am. Soc. for Testing and Materials, 1989), p. 126.

(21) R.B. Fair, "The Role of Transient Damage Annealing in Shallow Junction Formation," Proc. First Inter Symp. on Adv. Materials for ULSI, vol 88-19, M. Scott, Y. Akasaka and R. Reif, eds. (The Electrochem. Soc., Pennington, N.J., 1988) pp. 123-135.

(22) R.B. Fair and R. Subrahmanyan, "Phenomenological Versus Point-Defect-Based Process Modeling-Where Should You Put Your Money?, in Proc. 2nd Inter. Symp. on ULSI Science andTech., vol. 89-9, C.M. Osburn and J.M. Andrews, eds. (The Electrochem. Soc. Pennington, N.J., 1989) pp, 133-143.

(23) R.B. Fair, "Shallow Junctions-Modeling the Dominance of Point Defect Charge States During Transient Diffusion," IEDM Tech. Digest, pp. 691-693 (1989).

(24) R.R. Ward, H.Z. Massoud and R.B. Fair, "The Thermal Oxidation of Heavily Doped Silicon in the Thin-Film Regime: Dopant Behavior and Modeling Growth Kinetics," in Semiconductor Silicon 1990, Proceedings of the Sixth Inter. Symp. on Si Mater. Sci. and Tech., Eds. H.R. Huff, K.G. Barraclough and J. Chikawa, Vol. 90-7 (The Electrochem. Soc., Pennington) pp. 405-416, 1990.

(25) R.B. Fair, "Process Model for Simulating the Effect of Amorphizing Implants on Phosphorus Diffusion," ibid, pp. 429-436, 1990.

(26) Y. Kim, H.Z. Massoud, S. Chevacharoeukul and R.B. Fair, "The Role of End-of-Range Dislocation Loops as a Diffusion Barrier," ibid, pp. 437-446, 1990.

(27) Y. Kim, H.Z. Massoud, U.M. Gosele, and R. B. Fair, "Physical Modeling of the Time Constant of Transient Enhancement in the Diffusion of Ion-Implanted Dopants in Silicon," in Process Physics and Modeling in Semiconductor Technology, Proceedings of the 2nd International Sym., Eds. G.R. Srinivasan, J.D. Plummer and S.T. Pantelides, vol. 91-4 (The Electrochem Soc. Inc., Pennington) pp. 254-272 (1991).

(28) Y. Kim, Y.T. Tan, H.Z. Massoud and R.B. Fair, "Modeling the Enhanced Diffusion of Implanted Boron in Silicon," ibid pp. 304-320 (1991).

(29) R.B. Fair, "Challenges and Priorities for Two Dimensional Process Simulation," ibid, pp. 689-702 (1991).

(30) R.B. Fair and I. Turlik, "Proof-of-Concept Collaboration Model for Advanced Packaging Research at MCNC", 1993 Proceedings, International Conference on Multichip Modules, p.552 (1993).

(31) R.B. Fair, "Junction Formation in Silicon by RTA," in 1st International Rapid Thermal Processing Conference - RTP'93", Ed. R.B. Fair and B. Lojek, RTP'93, Phoenix , p. 174 (1993).

(32) M.R. Neuman, R.B. Fair, M. Mehregany and H.Z. Massoud, Micro-electromechanical Systems: A New Technology for Biomedical Applications," in Proc. of the 15th Annual Intern. Conf. of the IEEE Engineering in Medicine and Biology Society, A.Y.J. Szeto and R.M. Rangayyan, eds. IEEE Cat. No. 93CH3339-9, Piscataway, N.J., 15, 1545 (1993).

(33) R. B. Fair, "Prospects for Ion Implantation in Scaled Devices," in Proceedings of Inter. Conf. on Adv. Microelectronic Devices and Processing, Eds. S. Ono, T. Ohmi and Y. Sawada, Sendai, p.689 (1994).

(34) R.B. Fair. "Physically Based Modeling of Boron Diffusion in Thin Gate Oxides: Effects of F, H2, N, Oxide Thickness and Injected Si Interstitials," IEDM Tech Digest, p.85, December, 1995.

(35) R.B. Fair. " Rapid Thermal Annealing Issues in Silicon Processing" in Transient Thermal Processing Techniques in Electronic Materials, Eds. N.M. Ravindra and R.K. Singh, (The Minerals, Metals and Materials Society, Warrendale, Pa.) p. 91 (1996).

(36) R.B. Fair and W. Richards, "Process Simulation of Dopant Atom Diffusion in SiO2," in Process Physics and Modeling in Semiconductor Technology, eds. G.R. Srinivasan, C.S. Murthy, and S.T. Dunham, vol 96-4 (The Electrochemical Society, Pennington, NJ) pp. 179-194 (1996).

(37) R.B. Fair, "Boron Diffusion in Ultrathin Silicon Dioxide Layers," in The Physics and Chemistry of SiO2 and the Si-SiO2 Interface -3, eds. H.Z. Massoud, E.H. Poindexter, and C.R. Helms, vol. 96-1, (The Electrochemical Society, Pennington, NJ) pp. 200-213 (1996).

(38) G. Chen, T. Borca-Tasciuc, and R. B. Fair. "Fundamental Limit of the Use of Pyrometry in Rapid Thermal Processing," in 4th International Conference on Advanced Thermal Procesing of Semiconductors, eds. R.B. Fair, M.L. Green, B. Lojek, and R.P.S Thakur, p. 157 (1996)

[39] R.B. Fair, "Trends in Rapid Thermal Processing for Large Diameter Silicon Processes," in Proceedings of 2nd International Symp. on Advanced Science and Technology of Silicon Materials, ed. M. Umeno, Japan Soc. for Promotion of Science, pp. 7-15 (1996).

[40] S. Bobbio, S. Goodwin-Johansson, T. DuBois, F. Tranjan, S. Smith, R. Fair, C. Ball, J. Jacobson, C. Bartlett, N. Eleyan, H. Makki, and R. Gupta, "Integrated force array: positioning drive applications", Proc SPIE Symp,
3046, 248-254 (1997).

[41] R.B. Fair and M. Shen, "Ultrashallow 2D Dopant Profile Simulation Versus Experimental Measurement in the Low Thermal Budget Regime," Proceedings of Fourth International Workshop on Measurement, Characterization and Modeling of Ultra-shallow Doping Profiles in Semiconductors, Research Triangle Park, NC, April, 1997 pp. 3.1 - 3.9

[42] R.B. Fair, "Boron Penetration of Thin Polysilicon Gates/Ultrathin Gate Dielectrics from B+ Implantation and Thermal Processing," in ULSI Science and Technology 1997, eds. H.Z. Massoud, H. Iwai, C. Claeys, and R.B. Fair (The Electrochemical Society, Pennington, NJ) vol. 97-3, 247-261 (1997).

[43] R.B. Fair, V. Pamula, and M. Pollack, "MEMS-based Explosive Particle Detection and Remote Particle Stimulation," Proceedings of SPIE - Detection and Remediation Technologies for Mines and Minelike Targets II, vol. 3079, 671 (1997).

[44] R.B. Fair, "Dopant Diffusion in Si and SiO2 during RTA," Extended Abstracts of International Conference on Solid State Devices and Materials, SSDM'97, Hamamatsu, Japan, Sept. 1997, p. 104.

[45] R.B. Fair, M. Pollack, and V. Pamula, "MEMS Devices for Detecting the Presence of Explosive Material Residues in Mine Fields," SPIE Aerosense Conf., Orlando, vol. 3392, 409, April, 1998.

[46] V.K. Pamula and R.B. Fair, "Detection of Nanogram Explosive Particles with a MEMS Sensor," Proceedings of SPIE, Detection and Remediation Technologies for Mines and Minelike Targets IV, vol. 3710, pp. 321-327 (1999).

(47) A. Dewey and R.B. Fair, "Microelectromechanical Systems (MEMS) Design and Design Automation Research at Duke University," International Conf. Modeling and Simulation of Microsystems, April 1998.

(47a) V.K. Pamula and R.B. Fair, " Detection of Dissolved TNT and DNT in Soil with a MEMS Explosive Particle Detector," *Proceedings of the SPIE - The International Society for Optical Engineering*, v 4038, pt.1-2, 2000, p 547-52

(48) T. Zhang, K. Chakrabarty, and R.B. Fair, "Design of Reconfigurable Composite Microsystems Based on Hardware/Software Co-design Principles," Tech. Proc. Of Fourth International Conf. Modeling and Simulation of Microsystems, p. 148, March, 2001.

(49) J. Jopling, D. Rose, and R.B. Fair, "The Coupled-Domain System Simulation/Simulatability Problem," Tech. Proc. Of Fourth International Conf. Modeling and Simulation of Microsystems, p. 116, March, 2001.

 (50) J. Ding, K. Chakrabarty, and R.B. Fair, "Reconfigurable Microfluidic System Architecture Based on Two-Dimensional Electrowetting Arrays," Tech. Proc. Of Fourth International Conf. Modeling and Simulation of Microsystems, p. 181, March, 2001.

(51) R.B. Fair, "A Historical View of the Role of Ion-Implantation Defects in PN Junction Formation for Devices," in Si Front End Processing- Physics and Technology of Dopant-Defect Interactions, Materials Research Society, vol 610, pp. B4.1.1-12, (2001).

(52) R. B. Fair, M.G. Pollack, R. Woo, V.K. Pamula, H. Ren, T. Zhang, and J. Venkatraman, "A Microwatt Metal-Insulator-Solution-Transport (MIST) Device for Scalable Digital Bio-Microfluidic Systems," Technical Digest, Inter. Electron Device Meeting, pp. 367-370 (2001).

(53) H. Ren, V. Srinivasan, and R.B. Fair, "Design and Testing of an Interpolating Mixing Architecture for Electrowetting-Based Droplet On-Chip Chemical Dilution," Digest of Technical Papers Transducers, 2003, pp. 619-622 (2003).

(54) R.B. Fair, V. Srinivasan, P. Paik, H. Ren, V.K. Pamula, and M.G. Pollack, "Electrowetting-Based On-Chip Sample Processing for Integrated Microfluidics, IEDM 2003, Washington, DC, December 10, 2003.

(55) V. Srinivasan, V.K. Pamula, M.K. Pollack, and R.B. Fair, "Clinical diagnostics on human whole blood, plasma, serum, urine, saliva, sweat, and tears on a digital microfluidic platform. Proceedings of MicroTAS 2003 1287-1290 (2003)

(56) V. Srinivasan, V. Pamula, P. Paik, and R.B. Fair, "Protein Stamping for MALDI Mass Spectrometry Using an Electrowetting-Based Microfluidic Platform," in Lab-on-a-Chip: Platforms, Devices, and Applications, L.A. Smith and D. Sobek, eds., Proc. Of SPIE, vol. 5591, pp. 26-34, Dec. 8, 2004.

(57) R.B. Fair, A. Khlystov, V. Srinivasan, V.K. Pamula, K.N. Weaver, "Integrated Chemical/Biochemical Sample Collection, Pre-concentration, and Analysis on a Digital Microfluidic Lab-on-a-Chip Platform," in Lab-on-a-Chip: Platforms, Devices, and Applications, L.A. Smith and D. Sobek, eds., Proc. Of SPIE, vol. 5591, pp. 113-124, Dec. 8, 2004.

(58) V.K. Pamula, V. Srinvasan, H. Chakrapani, R.B. Fair, and E.J. Toon, "A Droplet-Based Lab-On-A-Chip for Coplorimetric Detection of Nitroaromatic Explosives," Proceedings of IEEE Inter. Conference on Micro Electro Mechanical Systems (MEMS 2005), pp. 722-725, (2005)

(59) R. Evans, L. Luan, N.M. Jokerst, and R.B. Fair, "Optical detection heterogeneously integrated with a coplanar digital microfluidic lab-on-a-chip platform," 6th IEEE Conf. Sensors, IEEE Sensors 2007, Atlanta, GA, Oct.28, 2007.

(60) C. Geisler, D.M. Wootton, P.I. Lelkes, R.B. Fair, and J.G. Zhou, "Material study of electrowetting-based multimicrofluidics array printing of high resolution tissue construct with

embedded cells and growth factors," ASME 2010 First Global Congress NanoEngineering for Medicine and Biology, Houston, TX, Feb. 7-10, 2010.

(61) R.B. Fair, "Parallel Processing of Multifunctional, Point-of-Care Bio-Applications on Electrowetting Chips, μTAS 2010, Oct. 3-7 (2010), pp. 2095-2097.

(62) M.W. Royal, R.B. Fair, and N.M. Jokerst, "Integrated sample preparation and sensing: Microresonator optical sensors embedded in digital electrowetting microfluidics systems," IEEE Sensors, p. 4 (2011)

(63) B. -N. Hsu, A. C. Madison and R. B. Fair "Accelerate Sepsis Diagnosis by Seamless Integration of DNA Purification and qPCR," Proceedings of the 16th International Conference on Miniaturized Systems for Chemistry and Life Sciences (MicroTAS 2012), Okinawa, Japan, October 28-November 1, 2012, pp. 830-832.

(64) M. Sandahl, S. Punnamaraju, A. Madison, J. Harrington, M. Royal, R. Fair, A. Eckhardt, A. Sudarsan, and M. Pollack, "Software automated genomic engineering (SAGE) enabled by electrowetting-on-dielectric digital microfluidics," 17th Inter. Conf. on Miniaturized Systems for Xhemistry and Life Sciences, MicroTAS 2013, v2, pp1260-126, 2013

# BOOK CHAPTERS

(1) R. B. Fair, "Concentration Profiles of Diffused Dopants in Silicon," in Impurity Doping Processes in Silicon, Ed. by F. Y. Want in the series Material Processing: Theory and Practices, North Holland Press, Amsterdam (1981) pp. 317-442.

(2) R. B. Fair, "Physics and Chemistry of Impurity Diffusion and Oxidation of Silicon," in Processing Technologies, Ed. D. Khang in Applied Solid State Science, Academic Press, New York (1981), Supplement 2B, pp. 1-108.

(3) R. B. Fair, "Diffusion in Silicon," in Advances in Electronic Materials, Ed. by B. W. Wessels and G. Y. Chin, American Society for Metals, Metals Park, Ohio (1986) pp. 119-145.

(4) R.B. Fair, "Diffusion and Ion Implantation in Silicon," in Semiconductor Materials and Process Technology Handbook, Ed. G.E. McGuire, Noyes Publication (1988), pp. 455-538.

(5) R.B. Fair, "Diffusion and Oxidation of Silicon," Eds. K.F. Jensen and D. Hess, American Chemical" Society-Advances in Chemistry Series No. 221, Wash, D.C. (1989).

(6) R.B. Fair, "Diffusion in Silicon," Ed. L.C. Kimerling, Concise Encyclopedia of Electronic and.Optoelectronic Materials, (Pergamon Press, Oxford) Suppl. Vol. 2, pp. 901-904, 1990.

[7] R.B. Fair, "Junction Formation in Silicon by Rapid Thermal Annealing", in Rapid Thermal Processing: Science and Technology, Ed. R.B. Fair, (Academic Press, Boston), pp. 169-226, 1993.

[8] R.B. Fair, "Rapid Thermal Processing - A Justification", in Rapid Thermal Processing: Science and Technology, Ed. R.B. Fair, (Academic Press, Boston), pp. 1-11, 1993.

(9) R.B. Fair, "Conventional and Rapid Thermal Processing," in ULSI Technology, Ed. C.Y. Chang and S.M. Sze (McGraw Hill, New York), pp. 144-204, 1996.

(10) R.B. Fair, "Doping," Ed. J.D. Atwood, Inorganic Reactions and Methods, Sections 17.2.6-17.2.6.5, John Wiley & Sons, New York (1999)

(11) T. Zhang, K. Chakrabarty, R.B. Fair, "A Hierarchical Design Platform for Microelectrofluidic Systems," Vol. 1, MEMS/NEMS Handbook, Ed. L. Cornelius (Springer), 2006.

(12) R.B. Fair, "Scaling Fundamentals and Applications of Digital Microfluidic Microsystems," in Microfluidics Based Microsystems, Ed. S. Kakac, B. Kosoy, D. Li, and A. Pramuanjaroenkij (Springer), pp. 285-304 (2010).

## BOOKS EDITED/WRITTEN

[1] "Impurity Diffusion and Gettering in Silicon," Materials Research Society Symposia Proceedings, Vol. 36, Eds. Richard B. Fair, Charles W. Pearce and Jack Washburn, Materials Research society, Pittsburgh, PA., (1985).

[2] "Rapid Thermal Processing: Science and Technology", Ed. R.B. Fair, Academic Press, Boston, (1993).

(3) "1st International Rapid Thermal Processing Conference - RTP'93", Ed. R.B. Fair and B. Lojek, RTP'93, Phoenix (1993)

(4) "2nd International Rapid Thermal Processing Conference - RTP'94", Ed. R.B. Fair and B. Lojek, RTP'94, Monterey (1994)

(5) "3rd International Rapid Thermal Processing Conference - RTP'95", Ed. R.B. Fair and B. Lojek, RTP'95, Amsterdam (1995)

(6) "4th International Conference on Advanced Thermal Procesing of Semiconductors - RTP'96", Ed. R.B. Fair, M.L. Green, B. Lojek, and R.P.S. Thakur, RTP'96, Boise (1996)

(7) "ULSI Science and Technology 1997", Eds. H.Z. Massoud, H. Iwai, C. Claeys, and R.B. Fair (The Electrochemical Society, Pennington, NJ) vol. 97-3, Montreal (1997)

(8) "5th International Conference on Advanced Thermal Processing of Semiconductors - RTP'97", Ed. R.B. Fair, M.L. Green, B. Lojek, and R.P.S. Thakur, RTP'97, New Orleans (1997)

(9) "Microelectrofluidic Systems – Modeling and Simulation," CRC Press, Boca Raton, (2002).

## INVITED LECTURES/TALKS

(1) "Transistor Design Considerations in Low-Noise Pre-Amplifiers," IEEE Nuclear Science Symposium, San Francisco (1975).

(2) "Recent Advances in Implantation and Device Modeling for the Design and Process Control of Bipolar IC's," Electrochemical Society Meeting, Philadelphia (1977).

(3) "Some New Insights into Process Modeling," Nat. Bureau of Standards, Washington, DC (1978).

(4) "Recent Developments in Process Modeling," Stanford University Seminar, Stanford (1979).

(5) "Thermal and Laser-Induced Diffusion of Dopants in Silicon," Sandia Laboratories Seminar, Albuquerque (1979).

(6) "The Multiple-Charge State Vacancy Model for Impurity Diffusion in Silicon," Gordon Research Conf., Meriden, NH (1979).

(7) "Impurity Diffusion in Silicon - The Long and the Short of It," ECS Society Lecture, North Texas Section, Dallas (1979).

(8) "Point Defects and Diffusion in Silicon - The Current Controversies," Stanford University Seminar (1979).

(9) "The Multiple-Charge-State Vacancy Model of Diffusion," Electrochemical Society Meeting, St. Louis (1980).

(10) "Molecular Transport and Diffusion in Solids:, NATO Advanced Study Institute on Chemical Sensors," Hightstown, NJ (1980).

(11) "A Consistent Model of Oxidation, Impurity Diffusion and Defect Growth in Silicon," Electronic Materials Conf., Cornell (1980).

(12) "Diffusion in Silicon," Seminar at Texas Instruments, Inc., Dallas (1980).

(13) "LSI Research Areas - Peeling the IC Technology Onion," Duke University, Durham, NC (1980).

(14) "The Role of H2 in SiO2 on Integrated Circuit Reliability," Penn State University, State College, PA (1980).

(15) "LSI Research Areas," Howard University, Washington, DC (Nov. 1980).

(16) "LSI Research Areas - Peeling the IC Technology Onion," Western Electric, Merimack Valley, April 1981.

(17) "Limitations and Benefits of Standard High Temperature processing in Producing Device Quality Silicon Surface Layers," Lasers in Microelectronics Workshop, MIT, Boston, May 1981.

(18) "Modeling Anomalous Phenomena in Arsenic Diffusion in Silicon," Electrochemical Society Meeting, Minneapolis, MN, May 1981.

(19) "The Role of the Microelectronics Center of North Carolina in University Research," Sigma Xi Lecture, North Carolina A&T State University, Greensboro, NC, Nov. 1981.

(20) "Anomalous Junctions Formed by Cross-Contamination of Phosphorus During Arsenic Implantation in Silicon," Symposium on Silicon Processing, San Jose, CA., Jan. 1982.

(21) "Materials Research Areas in Silicon Technology," North Carolina State University, Raleigh, NC, 1981.

(22) "The Impact of Defects and Diffusion on Integrated Circuit Technology," North Carolina State University, Raleigh, NC, 1982.

(23) "Impurity Diffusion in Silicon-Key to the VLSI Process Balancing Act," SIA Lecture at Stanford University, Stanford, CA, 1982.

(24) "Developments in Microelectronics: Science and Industry," East Carolina University, Greenville, NC, 1982.

(25) "Modeling of Dopant Diffusion and Associated Effects in Si," Materials Research Society, Boston, 1982.

(26) "Research Interests and Goals of the Microelectronics Center of North Carolina," University of North Carolina, Chapel Hill, 1982.

(27) "The Microelectronics Center - A New Force in Cooperative VLSI Signal Processing Research," University of Southern California, Los Angeles, 1982.

(28) "Point Defects in Silicon," Katholieke University, Leuven Belgium,1983.

(29) "Impurity Concentration Doping Effects on Impurity Diffusion in Silicon," Semicon/Europa '83, Zurich, Switzerland, 1983.

(30) "The Future of Microelectronics in North Carolina," ORT Seminar, Raleigh, 1983.

(31) "An Overview of Technology Requirements for VLSI," Computer Science Seminar, NASA Langley Research Center, Hampton, Va., 1983.

(32) "MCNC - A New Multi-Institutional Thrust in Manufacturing Technology Research," 5th University/Government/Industry Microelectronics Symposium, College Station, Texas, 1983.

(33) "The Evolution of Digital Integrated Circuit Technologies," Keynote speech at Digital Integrated Circuits Workshop, John Wiley & Sons, Durham, N.C. 1983.

(34) "Scaling of Junctions for CMOS," Symposium on Computer-Aided Design and Manufacturing of Integrated Circuits, Stanford University, 1983.

(35) "Limitations in Scaling Junctions for CMOS,"Burroughs Corp., San Diego, 1983.

(36) "The Role of the Microelectronics Center of North Carolina in Industrial Development of North Carolina," keynote talk, Quality in Electronics Conference, Raleigh, N. C., 1983.

(37) "The Role of Vacancies and Self-Interstitials in Impurity-Diffusion in Silicon," Indo./U.S.Workshop on Diffusion in Solids, Bombay, India, 1984.

(38) "The Formation of Fixed Charge and Interface States During Hot Carrier Injection in MOSFET's," DEC, Hudson, Massachusetts, 1984.

(39) "Cooperative Research at MCNC," Third Symposium on Semiconductor Processing, San Jose, California, 1984.

(40) "The Role of Point Defects in Processing Phenomena in Silicon," Monsanto Corporation, St. Louis, 1984.

(41) "Modeling Rapid Thermal Diffusion of Dopants in Silicon," Semiconductor Seminar, Research Triangle Park, 1984.

(42) "Modeling Rapid Thermal Diffusion of Dopants in Silicon," Microelectronics Seminar Series, UNCC, Charlotte, N.C., 1984.

(43) "Observations of Vacancies and Self-Interstitials in Diffusion Experiments in Silicon," International Conference on Defects in Semiconductors, San Diego, CA, 1984.

(44) "Silicon Diffusion," Materials Science Seminar for American Society of Metals, Detroit, 1985.

(45) "Microelectronics in North Carolina," Luncheon speaker to ASTM Committee F-1, Raleigh, 1984.

(46) "Impurity Diffusion During RTA," Materials Research Society Meeting, Boston, 1984.

(47) "PREDICT__A New Design Tool for Shallow Junction Processes," SPIE Meeting on Advanced Applications of Ion Implantation, Los Angeles, 1985.

(48) "The Self-Interstitial Versus Vacancy Debate in Silicon-Coincidences, Convictions and Controversies," Gordon Research Conference on Point Defects, Line Defects and Interfaces in Semiconductors, Plymouth, NH, 1985.

(49) "On the Role of Rapid-Thermal Processing Scaled CMOS," Canadian VLSI Conference, Toronto, 1985.

(50) "Process Modeling" - IEDM Short Course, Washington, D.C., 1985.

(51) "Shallow Junction Technology for Sealed CMOS," SRC Topical Research Conference, Cornell University, Ithaca, 1985.

(52) "New Results on Point Defects in Silicon," Seminar at Katholieke University, Leuven Belgium, 1985.

(53) "Diffusion and Ion Implantation," Annual Davos Seminars on Semiconductor Materials and Devices, Davos Switzerland, 1985.

(54) "Diffusion Simulation," MCC Workshop on Process and Device Simulation, Austin, Texas, 1986.

(55) "Diffusion and Ion Implantation," Annual Davos Seminars on Semiconductor Materials and Devices, Davos Switzerland, 1986.

(56) "Modeling Low Thermal Budget Silicon Processing - The Long and the Short of it," RPI, Troy, NY, 1986.

(57) "Diffusion and Ion Implantation," Annual Davos Seminars on Semiconductor Materials and Devices, Davos Switzerland, 1987- 1992.

(58) "The Future of Ion Implantation," R. B. Fair, Greater Silicon Valley Implant User's Group, San Jose (1987).

(59) "Pitfalls of Low-Thermal Budget Processing," Sematech Workshop, Denver

(1987).

(60) "Pitfalls of Low-Thermal Budget Processing," Hewlett-Packard, Fort Collins (1987).

(61) "Process Models for Ultra-Shallow Junction Technologies," Digital Equip. Corp. Seminar, Hudson, MA (1988).

(62) "Challenges for Submicron Silicon Processing," Fifth International Sym. on Semiconductor Processing, Santa Clara, CA (1988).

(63) "Rapid Thermal Processing Issues in the Manufacturing of Semiconductor Devices," S.P.I.E. Conf. on Advanced Processing of Semiconductor Devices II, Newport Beach, CA (1988).

(64) "Oxidation-Induced defects in Low-Thermal Budget Silicon Processing," Electrochemical Society Meeting, Atlanta, Georgia, May 1988.

(65) "The Role of Transient Damage Annealing Shallow-Junction Formation," Electrochemical Society Meeting, Atlanta, Georgia, May 1988.

(66) "Rapid Thermal Annealing of Low Energy Implants in Silicon," Shanghai Workshop on Characterization of Ion Implantation in Silicon, Hangzhou, China, June 1988.

(67) "The Impact of Computing Technology on Design," The Technology Exchange Institute for Engineering Deans", Stanford Univ., Oct. 1988.

(68) "VLSI Research Program at MCNC," 1989 VLSI Group Research Review, Univ.of Waterloo, May 1989.

(69) "Phenomenological vs. Point-Defect-Based Modeling-Where Should You Put Your Money?" Electrochem. Soc. Meeting, Los Angeles, May 1989.

(70) "Challenges and Priorities for Two-Dimensional Process Simulation,"Electrochem. Soc. Mtg., Montreal, May 1990.

(71) "Transient Diffusion in Silicon: Models and Cures," Electronics Materials Conf., Santa Barbara, CA, June 1990.

(72) "Thermal Budget Issues for Submicron ULSI," Oregon Graduate Institute for Science and Technology, Beaverton, Nov. 1990.

(73) "Damage Removal-Diffusion Tradeoffs in Ultra-Shallow Implanted p+ Junctions," Motorola Process Modeling Workshop, Mesa, Nov. 1990.

(74) "A Unified View of Modeling Transient Dopant Diffusion in Silicon," Inter. Workshop on VLSI Process and Device Modeling, Oiso, Japan, May 1991.

(75) "Defects Induced in Silicon During Ion Implantation and Rapid Thermal Annealing," Electrochem Soc. Meeting, Washington, DC, May 1991.

(76) "Computer-Aided Process Modeling and Simulation," Silicon Processing for the VLSI Era, RTP, May 17, 1991.

(77) "Process Simulation for ULSI - Tools, Models and Issues," ASIC Technology Seminar, Kawasaki Japan, September 1991.

(78) "Process Simulation for ULSI," Teksel Seminar, Osaka, Japan, September 1991.

(79) "Process Simulation for ULSI," Intellect, Inc. Seminar, Seoul, Korea, September 1991.

(80) "Process Simulation for ULSI," Exartech Inter. Seminar, Hsinchu, Taiwan, October 1991.

[81] "Challenges in Manufacturing ULSI Devices", SPE Regional Tech. Conf., Research Triangle Park, Nov. 1991.

[82] "Defects in Silicon Induced by Ion Implantation" Symp. on Adv. Science and Tech. of Si Materials, Japan Soc. for Promotion of Science, Kona, Hawaii, Nov. 1991.

[83] "The Role of Consortia in the Development of Materials and Processing Alternatives for Advanced Microelectronics", ISHM Workshop, Ojai, CA, Feb. 1992.

[84] "Defects, Diffusion and Debacles in Shallow pn Junction Formation", AT&T Bell Labs, Murray Hill, N.J., March 1992.

[85] "The Semiconductor Manufacturing Crisis - Opportunity for Global Cooperation?", Keynote speech, ISSMT'92 Conf., Tokyo, May 1992.

[86] "Rapid Thermal Processing - Science and Technology", all seminars, May 1992, Kawasaki, Japan, Science Park, Hsingchu, Taiwan, Yonsei Univ., Seoul, Korea.

[87] "Consortia - Help or Hindrance?", ISHM '92 Meeting, San Francisco, CA, October, 1992

[88] "Junction Formation in Silicon by Rapid Thermal Annealing", Materials Research Socoety, San Francisco, CA, April, 1993

[89] "Proof-of-Concept Collaboration Model for Advanced Packaging Research at MCNC", 2nd Inter. Conf. on Multichip Modules, Denver, April, 1993

(90) "Rapid Thermal Processing," Seminar at SEMI, Mountain View Ca., July, 1993.

(91) "Junction Formation in Silicon by RTA", 1st International Rapid Thermal Processing Conference, RTP'93, Phoenix, Az, Sept. 1993.

(92) "Prospects for Ion Implantation in Scaled Devices," Conference on Advanced Microelectronic Devices and Processing, Sendai, Japan, March, 1994.

(93) "Advances in Microchip Technology - Hitting the Wall in the Microchip Marathon," 8th Annual High Performance Computing and Communications Conference, FGIPC, Research Triangle Park< NC, June, 1994.

(94) " Rapid Thermal Processing - Hot Solution for a Critical Processing Need?" Distinguished Lecture, Micron Technology, Inc., Boise ID, June 1995.

(95) " Rapid Thermal Annealing Issues in Silicon Processing," 125th TMS Annual Meeting, Anaheim, CA, Feb. 1996.

(96) "Modeling the Diffusion Barrier Role of Nitgrogen in Ultrathin Gate Oxides," SRC Topical Research Conference on Ultrathin Gate Dielectrics Technology, Reliability, and Characterization, Raliegh, NC, March, 1996.

(97) "Boron Diffusion in Ultrathin Silicon Dioxide Layers," in The Physics and Chemistry of SiO2 and the Si-SiO2 Interface -3 Symposium, Spring meeting of the Electrochemical Society, Los Angeles (1996).

(98) " Ion Implantation and Annealing Technologies," Cambridge University, England June 1996.

(99) " PREDICTive Process Simulation for the Non-Stanford Graduate Engineer," Computer-Aided Design of IC Processes and Devices Workshop, Stanford University, August, 1996.

[100] "Trend of Rapid Thermal Processing in Large Diameter Silicon Processes," Plenary talk, 2nd International Symposium on Advanced Science and Technology of Silicon Materials, November 25-29, Kona, Hawaii (1996).

[101] "Ultrashallow 2D Dopant Profile Simulation Versus Experimental Measurement in the Low Thermal Budget Regime," Fourth International Workshop on Measurement, Characterization and Modeling of Ultra-shallow Doping Profiles in Semiconductors, Research Triangle Park, NC, April, 1997.

[102] "MEMS Trace Particle, Vapor and Ultrasound Sensor," Aerosense Conference 3079, SPIE, Orlando, FL, April 24, 1997

[103] "MEMS Trace Particle, Vapor and Ultrasound Sensor," Oak Ridge National Labs, May 12, 1997

[104] "Dopant Difusion in Si and SiO2 During Rapid Thermal Annealing," Solid State Devices and Materials - SSDM'97, Hamamatsu, Japan, Sept., 1997.

[105] "Activation of Ion Implanted Dopants in Silicon with Optical Radiation," Gordon Research Conf. on Materials Processes Far from Equilibrium, Meredian, NH., Aug. 1997.

[106] "Dopant Diffusion in Si and SiO2 during RTA," International Conference on Solid State Devices and Materials, SSDM'97, Hamamatsu, Japan, Sept. 1997.

[107] "Sniffing Out Landmines: Mimicing Man's Best Friend," IEEE New Technology Directions Committee Workshop, Atlanta, Georgia, Nov. 1997.

[108] " Advances in Silicon Technology- Hitting the Wall in the Microchip Marathon," keynote talk at 2nd Southeastern Workshop on Mixed-Signal VLSI and Monolithic Sensors," Knoxville, April, 1998.

[109] A. Dewey and R.B. Fair, "Microelectromechanical Systems (MEMS) Design and Design Automation Research at Duke University," Int. Conf. on Modeling and Simulation of Microsystems, Semiconductors, Sensors, and Actuators, MSM98, April, 1998.

[110] R.B. Fair, "PN Junction Profile Engineering," Short course at USJ'99, Research Triangle Park, March, 1999.

[111] R.B. Fair, "A Historical View of the Role of Ion-Implantation Defects in PN Junction Formation for Devices," Materials Research Society, San Francisco, April, 2000.

[112] R.B. Fair, "The Invention of the Self-Aligned Gate MOSFET," N.C. Section of the Materials Research Society, Research Triangle Park, Nov. 10, 2000.

[113] R.B. Fair, "Research in Biochips and BioFLIPS," Workshop on Biomedical Imaging and Bioengineering Opportunities, N.C. State University, May 10, 2001.

[114] R.B. Fair, "Advances in Droplet-Based Bio Lab-on-a-Chip," BioChips 2003, Boston, June, 2003.

[115] R.B. Fair, A. Khlystov, V. Srinivasan, V. K. Pamula, K.N. Weaver, "Integrated chemical/biochemical sample collection, pre-concentration, and analysis on a digital microfluidic lab-on-a-chip platform," Lab-on-a-Chip: Platforms, Devices, and Applications, Conf. 5591, SPIE Optics East, Philadelphia, Oct. 25-28, 2004.

[116] R.B. Fair, "Dynamically Reconfigurable Surfaces for Microfluidic Applications," MRS Spring Meeting, San Francisco, CA., Symp. Q, March 29, 2005.

[117] R.B. Fair, V. Srinivasan, N. Weaver, "Bead-Based and Solution-Based Assays Performed on a Digital Microfluidic Platform," BMES 2005, Baltimore, MD, Oct. 1, 2005.

[118] R.B. Fair, "Chemical and Biological Applications of Digital Microfluidic Devices," 5th Inter. Meeting on Electrowetting," Rochester, NY, June 1, 2006.

[119] R.B. Fair, "Chemical and Biological Pathogen Detection in a Digital Microfluidic Platform," DARPA/MTO Workshop Microfluidic Analyzers, Keystone, CO, Oct. 4-5, 2006.

[120] R.B. Fair, "Integrated Digital Microfluidic Functions for Chemical and Biological Applications", Materials Research Society Meeting, San Francisco, CA April 13, 2007.

[121] R.B. Fair, "Integrated Digital Microfluidic Chips for Chemical and Biological Applications," Drexel University, Philadelphia, PA May 16, 2007.

[122] R.B. Fair, "Digital Microfluidic Biochips," Materials Research Society, Boston, Nov. 27, 2007.

[123] R.B. Fair, "Reconfigurable digital microfluidic chips for multiple chemical applications", American Chemical Society, Philadelphia, Aug. 20, 2008

[124] R.B. Fair, J.H. Song, R.D. Evans, Y-T Lin, B-N Hsu, "Scaling EWD Actuators for Picoliter Applications," 6th Inter. Meeting on Electrowetting, Los Angeles, Aug. 21, 2008.

[125] R.B. Fair, "Progress in Reconfigurable Microfluidic Systems for Evolvable Biochips," 8th International Conf. Evolvable Systems, Prague, Sept. 21, 2008. (Keynote)

[126] R.B. Fair, "Is a True Lab-on-a-Chip Possible?", Bioengineering Applications to Address Global Health, Duke Univ., Durham, NC, Nov. 6, 2008.

[127] R.B. Fair, "The $1000 Genome: Sequencing DNA One Drop at a Time." Microfluidics Symposium, Harvard Medical School, January 15, 2009.

[128] R.B. Fair, "Fundamentals of Droplet Flow in Microfluidics," NATO Advanced Study Institute on *Microsystems for Security – Fundamentals and Applications* – August 23 – September 4, 2009, Golden Dolphin Hotel, Cesme-Izmir, Turkey

[129] R.B. Fair, "Implementation of Fluidic Functions in Digital Microfluidics," NATO Advanced Study Institute on *Microsystems for Security – Fundamentals and Applications* – August 23 – September 4, 2009, Golden Dolphin Hotel, Cesme-Izmir, Turkey

[130] R.B. Fair, "Digital Microfluidics for Chemical and Biological Applications," 31st Annual International IEEE EMBS Conference, Minneapolis, Minnesota, USA, September, 2-6, 2009.

[131] R.B. Fair, "Electrowetting Control of Droplets for On-chip Biomedical Applications," APS Mtg., Portland, OR, March 2010.

[132] R.B. Fair, "Parallel Processing of Multifunctional, Point-of-Care Bio-Applications on Electrowetting Chips, μTAS 2010, Oct. 3-7 (2010), Groningen, The Netherlands.

[133] N. M. Jokerst, M. Royal, S. Dhar, M. Brooke, R. Fair, T. Tyler, D. Arora, "Intergated Optical Sensing Ssystems: Sensors, Photonics, and Fluidics," Europtrode XI, Barcelona, April, 2012.

[134] R.B. Fair, "Portable Digital Microfluidic LoCs with Integrated Analog Processing, Adaptive Control, and Sensing," IARPA Workshop, Bedford, MA, Oct. 10, 2012.

[135] R.B. Fair, "Extraction and Detection of Sparse Pathogens from Biological Fluids at the Microfluidics Scale," Microfluidics Congress: USA, Philadelphia, July 11-12. Keynote Talk. 2016.

[136] R.B. Fair and L. Chen, "Enhanced cell manipulation and detectiojn vis magnetic beads on a digital microfluidic device," TechConnect Conference, May14-17, 2017. National Harbor, Md.

[137] R.B. Fair and S. Noyce, "Digital microfluidics as a platform for biomedical research and rapid diagnostics," 4 Bio Summit: USA, September 13-14, 2018, San Francisco, Ca. (Keynote talk)

## OTHER TALKS AND LECTURES

(1) "A Machine-Scan Electron Beam Device," 8th Annual Electron and Laser Beam Symposium," University of Michigan, Ann Arbor (1966).

(2) "High Concentration Arsenic Diffusion in Silicon from Doped Oxide Sources," Electrochemical Society Meeting, Houston (1972).

(3) "Quantitative Theory of Retarded Base Diffusion in Silicon NPN Structures with Arsenic Emitters," Inter. Electron Device Meeting of IEEE, Washington, DC (1972).

(4) "Diffusion of Ion-Implanted Boron in High Concentration P, As and Sb-doped Silicon," Electrochemical Society Meeting, Toronto (1975).

(5) "The Diffusion of Ion-Implanted Arsenic in Silicon," Electrochemical Society Meeting, Dallas (1975).

(6) "Zener and Avalanche Breakdown in As-Implanted Low Voltage Si N-P Junctions," Inter. Electron Device Meeting of IEEE, Washington, DC (1975).

(7) "Quantitative Model of Phosphorus Diffusion in Silicon," Electrochemical Society Meeting, Las Vegas (1976).

(8) "Quantitative Model of the Emitter-Dip Effect," Electrochemical Society Meeting, Las Vegas (1976).

(9) "Analysis of Phosphorus Profiles," Electrochemical Society Meeting, Atlanta (1977).

(10) "The Effect of Strain-Induced Bandgap Narrowing on Phosphorus Diffusion and E-Center Concentrations in Silicon," Inter. Conf. on Defectsand Radiation Effects in Semicond., Nice (1978).

(11) "Theory and Direct Measurement of Boron Segregation in SiO2 During Dry, Near Dry and Wet O2 Oxidation," Electrochemical Society Meeting, Pittsburgh (1978).

(12) "Modeling Laser - Induced Diffusion of Implanted Arsenic in Silicon," Electrochemical Society Meeting, Los Angeles (1979).

(13) "Influence of Strain on Impurity Diffusion in Silicon," Electrochemical Society Meeting, St. Louis (1980).

(14) "Threshold Voltage Instability in MOSFET's Due to Channel Hot Hole Emission," Inter. Electron Device Meeting, Washington, DC (1980).

(15) "The Effects of Impurity Diffusion and Surface Damage on Oxygen Precipitation in Silicon," Electrochemical Society Meeting, Montreal (1982).

(16) "Dynamic Behavior of the Build-Up of Fixed Charge and Interface States During Hot Carrier Injection in Encapsulated MOSFET's," Electrochemical Society Meeting, Montreal (1982).

(17) "Modeling Physical Limitations on Junction Scaling for CMOS," Device Research Conference, Burlington, VT (1983).

(18) "Modeling Rapid Thermal Annealing Processes for Shallow Junction Formation in Silicon," International Electron Device Meeting, Washington, DC (1983).

(19) "Computer Simulation of Oxygen Precipitation and Denuded Zone Formation," Electrochemical Society Meeting, Cincinnati, OH (1984).

(20) "Stress Assisted Diffusion of Boron and Arsenic in Silicon," Materials Research Society Meeting, Boston, November 1984.

(21) "Curve Fitting Models for Boron, Phosphorus and Arsenic Ion Implantations in Crystalline Silicon," Electrochemical Society Meeting, Toronto, Canada (1985).

(22) "Shallow p+/n Junction Formation for CMOS VLSI Application Using Germanium Preamorphization," 43rd Device Research Conf., Boulder, CO, 1985.

(23) "Point Defect Generation During Phosphorus Diffusion in Silicon," Electronic Materials Conf., Boulder, CO, 1985.

(24) "Integrated Circuit Process Design Using a Hardwired Simulator" - PREDICT , NUPAD, Santa Clara, CA 1986.

(25) "Point Defect Kinetics During Backside Oxidation Measured by Frontside Stacking Fault Growth," B. Rogers, H. Z. Massoud, R. B. Fair, U. M. Gosele, R. Shaw, H. Korb and M. Guse, Electrochem. Soc. Spring Meeting, Phila. (1987).

(26) "Characterization and Modeling of the Diffusion of B and As in Si in Dry O2/HCl Mixtures," R. Subrahmanyan, H. Z. Massoud and R. B. Fair, Electrochem. Soc. Spring Meeting, Phila. (1987).

(27) "A Deep Decision Tree Approach to Modeling Submicron Silicon Technologies," R. B. Fair and J. E. Rose, ICCAD, San Jose, (1987).

(28) "Process Models for Ultra-Shallow Junction Technologies," R. B. Fair, IEDM, Wash., DC, 1987.

(29) "Accurate Junction-Depth Measurements Using Chemical Staining," R. Subrahmanyan, H. Z. Massoud and R. B. Fair, Fifth International Conference on Silicon Processing, Santa Clara, CA, 1988.

(30) "On the Role of Ion Implantation Damage in Silicon on Dopant Diffusion for Shallow Junction Formation," Y. Kim, R. B. Fair and H. Z. Massoud, Electronic Mater. Conf., Boulder, CO, June 1988.

(31) "Two Dimensional Modeling of Implant Damage Effects on Impurity Diffusion," R. B. Fair, C. Gardner, M. Johnson, S. Kenkel, D. Rose, J. Rose, R. Subrahmanyan, Workshop on Num. Modeling of Processes and Devices for Integrated Circuits, San Diego, May 1988.

(32) "A Comparison of Low Energy BF2 Implantation in Si and Ge Preamorphized Silicon," G.A. Ruggles, S. Hong, J.J. Wortman, M. Ozturk, E.R. Myers, J.J. Hren and R.B. Fair, Materials Research Society Mtg., Boston, Nov. 1988.

(33) "Modeling the Time Constant for Transient Diffusion Enhancement of Ion-Implanted Dopants in Silicon," Y. Kim, H.Z. Massoud and R.B. Fair, Process Simulation Workshop, MCNC, RTP, Nov. 1989.

(34) "Modeling the Oxidation of Heavily Doped Silicon in the Thin Regime," R. Ward, H.Z. Massoud and R.B. Fair, Process Simulation Workshop, MCNC, RTP, Nov. 1989.

(35) "Comparison of Measured and Simulated Two Dimensional P Profiles in Si," R. Subrahmanyan, H.Z. Massoud and R.B. Fair, Process Simulation Workshop, MCNC, RTP, Nov. 1989.

(36) "A Strategy for 2D Process Simulation," R.B. Fair, Process Simulation Workshop, MCNC, RTP, Nov. 1989.

(37) "Shallow-Junctions-Modeling the Dominance of Point Defect Charge States During Transient Diffusion," IEDM, Wash., D.C., Dec. 1989.

(38) "Technology Transfer at MCNC," SRC Workshop, Melbourne, FL, March, 1990.

(39) "Physical Modeling of the Time Constant of the Transient Enhancement in Diffusion of Ion-implanted Dopants in Silicon," Y. Kim, H.Z. Massoud, U. Gosele and R.B. Fair, Electrochem. Soc. Meeting, Montreal, May 1990.

(40) "Modeling The Enhanced Diffusion of Implanted Boron in Silicon," Y. Kim, T.Y. Tan, H.Z. Massoud and R.B. Fair, Electrochem. Soc. Mtg., Montreal, May 1990.

(41) "The Thermal Oxidation of Heavily Doped Silicon in the Thin-Film Regime: Dopant Behavior and Modeling Growth Kinetics," R.R. Ward, H.Z. Massoud and R.B. Fair, Electrochem. Soc. Mtg., Montreal, May 1990.

(42) "The Effect of Amorphizing Implants on Phosphorus Diffusion in Silicon," R.B. Fair, Electrochem. Soc. Mtg., Montreal, May 1990.

(43) "The Role of End-of-Range Dislocation Loops as a Diffusion Barrier," Y. Kim, H.Z. Massoud, S. Chevacharoeukul and R.B. Fair, Electrochem. Soc. Mtg., Montreal, May 1990.

(44) "Technology Transfer Utilizing the Proof-of-Concept Facility," R.B. Fair and J.F. Freedman, Adv. Semicond. Manuf. Conf. & Workshop, Boston, October 1991.

(45) "Spinoff Strategy for University-Based Applications Effort in Microsystems," Engineering Foundation Conference on Commercialization of Microsystems, Banff, Canada, Sept. 1994.

(46) "Physically Based Modeling of Boron Diffusion in Thin Gate Oxides:
Effects of F, H2, N, Oxide Thickness and Injected Si Interstitials," IEDM, Wash. DC, December, 1995.

(47) "Process Simulation of Dopant Atom Diffusion in SiO2," in Process Physics and Modeling in Semiconductor Technology Symposium, Spring meeting of the Electrochemical Society, Los Angeles (1996).

(48) G. Chen, T. Borca-Tasciuc, and R. B. Fair "Fundamental Limit of the Use of Pyrometry in Rapid Thermal Processing," in RTP'96, Boise, ID, Sept. 1996.

(49) R.B. Fair, "Boron Penetration of Thin Polysilicon Gates/Ultrathin gate Dielectrics from B+ Implantation and Thermal Processing," Electrochemical Society Meeting, Montreal, May 6, 1997

(50) R.B. Fair, "Boron Penetration of Thin Polysilicon Gates/Ultrathin Gate Dielectrics from B+ Implantation and Thermal Processing," Spring Meeting, Electrochemical Soc., Montreal, May, 1997.

(51) T.W. Tsuei, R.L. Wood, C.K. Malek, M.M. Donnelly, and R.B. Fair, "Tapered Microvalves Fabricated by Off-Axis X-ray Exposures," HARMST 97

(52) R.B. Fair, M. Pollack, and V. Pamula, "MEMS Devices for Detecting the presence of Explosive Material Residues in Mine Fields," SPIE Aerosense Conf., Orlando, vol. 3392, 409, April, 1998.

(53) J.M. Zara, S. Bobbio, R. Fair, S. Goodwin-Johannson, and S.W. Smith, "A Forward Looking Intracardiac Ultrasound Scanner Using MEMS Technology," ONR Transducer Materials and Transducers Workshop, State College, PA, May, 1998.

(54) Y. Wu, H. Niimi, H. Yang, G. Lucovsky, and R. Fair, "Microscopic Model for Boron-Atom Penetration Through Silicon Dioxide and Suppression of Boron Transport Through Silicon Nitride," 29th IEEE Semiconductor Interface Specialists Conference, San Diego, Dec., 1998.

(55) V.K. Pamula and R.B. Fair, "Detection of Explosive Residues with a MEMS Sensor," SPIE Aerosense Conf., Orlando, April, 1999.

(56) A. Dewey and R.B. Fair, "Microelectromechanical Systems (MEMS) Design and Design Automation Research at Duke University," International Conf. Modeling and Simulation of Microsystems, April 1998.

(57) A. Dewey, R. Fair, J. Jopling, T. Zhang, F. Cao, B. Schreiner, and M. Pollack, "Towards Microfluidic System (MEFS) Computing Architecture,", Third Inter. Conf. on Modeling and Simulation of Microsystems, San Diego,Mar. 27-29, 2000.

(58) V.K. Pamula and R.B. Fair, "Detection of Dissolved TNT and DNT in Soil with a MEMS Explosive Particle Detector," ," SPIE Aerosense Conf., Orlando, April, 2000.

(59) T. Zhang, K. Chakrabarty, and R.B. Fair, "Design of Reconfigurable Composite Microsystems Based on Hardware/Software Co-design Principles, "International Conf. Modeling and Simulation of Microsystems, March, 2001.

(60) H. Ren, A. Jog, and R.B. Fair, "Statistical Optimal Design of Microelectromechanical Systems (MEMS), 4th Inter. Conf. On Modeling and Simulation of Microsystems, March, 2001.

(61) J. Jopling, D. Rose, and R.B. Fair, "The Coupled-Domain System Simulation/Simulatability Problem," 4th Inter. Conf. On Modeling and Simulation of Microsystems, March, 2001.

(62) V.K. Pamula, A. Jog, and R.B. Fair, "Mechanical Property Measurement of Thin-Film Gold using Thermally Actuated Bimetallic Cantilever Beams," 4th Inter. Conf. On Modeling and Simulation of Microsystems, March, 2001.

(63) J. Ding, K. Chakrabarty, and R.B. Fair, "Reconfigurable Microfluidic System Architecture Based on Two-Dimensional Electrowetting Arrays," 4th Inter. Conf. On Modeling and Simulation of Microsystems, March, 2001.

(64) V. Srinivasan, A. Jog, and R.B. Fair, "Scalable Maxromodels for Microelectromechanical Systems," 4th Inter. Conf. On Modeling and Simulation of Microsystems, March, 2001.

(65) V.K. Pamula, P. Paik, M.G. Pollack, and R.B. Fair, "Microfluidic Reconfigurable Droplet Mixer," BioMEMS and Nano Technology World 2001, Columbus, Ohio, September, 2001.

(66) P. Kolar and R.B. Fair, "Non-contact Electrostatic Stamping for DNA Microarray Synthesis," Smalltalk 2001, San Diego, CA, August, 2001.

(67) M.G. Pollack, R.B. Fair, V.K. Pamula, and A. Shenderov, "Electrowetting Microfluidics for High Throughput Screening," Smalltalk 2001, San Diego, CA, August, 2001.

(68) V.K. Pamula, P.Y. Paik, J. Venkatraman, M.G. Pollack, and R.B. Fair, "Microfluidic Electrowetting-Based Droplet Mixing," MEMS Conference, Berkeley, CA, August, 2001.

(69) T. Zhang, K. Chakrabarty and R.B. Fair, "Performance Comparison between Continuous-flow and Droplet-based Microelectrofluidic Systems," Fifth International Conference on Modeling and Simulation of Microsystems, San Juan, Puerto Rico, April 22-25, 2002.

(70). R. B. Fair, M.G. Pollack, R. Woo, V.K. Pamula, H. Ren, T. Zhang, and J. Venkatraman, "A Microwatt Metal-Insulator-Solution-Transport (MIST) Device for Scalable Digital Bio-Microfluidic Systems," Paper 16.4, Inter. Electron Devices Meeting (IEDM), Washington, DC (Dec. 2001).

(71) H. Ren and R.B. Fair, "Micro/Nano Liter Droplet Formation and Dispensing by Capacitance Metering and Electrowetting Actuation," IEEE Nano-2002, Arlington, VA (August, 2002).

(72) V. Srinvasan, V. K. Pamula, M.G. Pollack, and R.B. Fair, "A Digital Microfluidic Biosensor for Multianalyte Detection," 16th IEEE MEMS 2003 Conf., Kyoto, Jan. 2003.

(73) H. Ren, V. Srinivasan, and R.B. Fair, "Design and Testing of an Interpolating Mixing Architecture for Electrowetting-Based Droplet On-Chip Chemical Dilution," Transducers, 2003, Boston, June, (2003).

(74) V. Srinivasan, V.K. Pamula, K.D. Rao, M.G. Pollack, J.A. Izatt, and R.B. Fair, "3-D imaging of moving droplets for microfluidics using optical coherence tomography," Seventh International Conference on Miniaturized Chemical and Biochemical Analysis Systems ( µTAS 2003), Lake Tahao, October, 2003.

(75) V. Srinivasan, V.K. Pamula, M.G. Pollack, and R.B. Fair, "Clinical diagnostics on human whole blood, plasma, serum, urine, saliva, sweat, and tears on a digital microfluidic platform," Seventh International Conference on Miniaturized Chemical and Biochemical Analysis Systems ( µTAS 2003), Lake Tahao, October, 2003.

(76) M. G. Pollack, P. Y. Paik, A. D. Shenderov, V. K. Pamula, F. S. Dietrich, and R. B. Fair, "Investigation of electrowetting-based microfluidics for real-time PCR applications Seventh International Conference on Miniaturized Chemical and Biochemical Analysis Systems ( µTAS 2003), Lake Tahao, October, 2003.

(77) H. Ren, V. Srinivasan, M.G. Pollack, and R.B. Fair, "Automated Electrowetting-Based Droplet Dispensing with Good Reproducibility," Seventh International Conference on Miniaturized Chemical and Biochemical Analysis Systems ( µTAS 2003), Lake Tahao, October, 2003.

(78) R.B. Fair, V. Srinivasan, P. Paik, H. Ren, V.K. Pamula, and M.G. Pollack, "Electrowetting-Based On-Chip Sample Processing for Integrated Microfluidics, IEDM 2003, Washington, DC, December 10, 2003.

(79) V. Srinivasan, V.K. Pamula, P. Paik, and R.B. Fair, "Protein Stamping for MALDI Mass Spectrometry Using an Electrowetting-based Microfluidic Platform," Lab-on-a-Chip: Platforms, Devices, and Applications, Conf. 5591, SPIE Optics East, Philadelphia, Oct. 25-28, 2004.

(80) D. Vissani, K.N. Weaver, V. Srinivasan, R.B. Fair, and J.A. Stenken, "Adapting Theophylline Quantitation via Alkaline Phosphatase Inhibition to a Micro-Total Analytical System," Southern Regional Meeting of ACS, Research Triangle Park, NC, Nov. 10-13, 2004.

(81) V.K. Pamula, V. Srinvasan, H. Chakrapani, R.B. Fair, and E.J. Toon, "A Droplet-Based Lab-On-A-Chip for Coplorimetric Detection of Nitroaromatic Explosives," 18th IEEE Inter. Conference on Micro Electro Mechanical Systems (MEMS 2005), Miami, Jan. 30 (2005).

(82) P.B. Griffin, R.B. Fair, "A Continuous Flow Microchannel-based DNA Sequencing Scheme," Advances in Genome Biology and Technology Conf., Marco Island, FL, Feb. 9, 2006.

(83) Y. Ma, A. Khlystov, V. Ivanov, R.B. Fair, "Digital Microfluidic Impactor for Determination of Sulfate in Ambient Aerosol," Inter. Aerosol Conf., St. Paul. MN, Sept. 15, 2006.

(84) L. Luan, R.D. Evans, D. Schwinn, R.B. Fair, and N.M. Jokerst, "Chip Scale Integration of Optical Microresonator Sensors with Digital Microfluidics Systems," LEOS-2008, Newport Beach, CA, Nov. 9-13, 2008.

(85) P. Thwar, J.L. Rouse, A.E. Eckhardt, P. Griffin, M.G. Pollack and R.B. Fair, "Digital Microfluidic DNA Sequencing," Advances in Genome Biology and Technology (AGBT) Meeting, Marco Island, Florida, Feb., 2009.

(86) C.G. Geisler, J.G. Zhou, D.M. Wootton, P.I. Lelkes1, R. Fair, "Electrowetting-based Multi-microfluidics Array Printing of High Resolution Tissue Construct with Embedded Cells and Growth Factors," International Cartilage Repair Society, ICRS, Miami, May 23, 2009.

(87) R.D. Evans, B-N Hsu, Y-Y You, and R.B. Fair, "Electrostatic Printing of Sub-nanoliter Droplets for Tissue Engineering with Precise Concentration Control Via Digital Microfluidics," 13th ICACS International Conference on Surface and Colloid Science, New York, June 14-19, 2009.

(88) C. Geisler, D.M. Wootton, P.I. Lelkes, R.B. Fair, and J.G. Zhou, "Material study of electrowetting-based multimicrofluidics array printing of high resolution tissue construct with embedded cells and growth factors," ASME 2010 First Global Congress NanoEngineering for Medicine and Biology, Houston, TX, Feb. 7-10, 2010.

(89) B. -N. Hsu, A. C. Madison and R. B. Fair "Accelerate Sepsis Diagnosis by Seamless Integration of DNA Purification and qPCR," Proceedings of the 16th International Conference on Miniaturized Systems for Chemistry and Life Sciences (MicroTAS 2012), Okinawa, Japan, October 28-November 1, 2012, pp. 830-832.

(90)  Kai Hu, Bang-Ning Hsu, Andrew Madison, Krishnendu Chakrabarty and Richard Fair, "Fault Detection, Real-Time Error Recovery, and Experimental Demonstration for Digital Microfluidic Biochips," Design Automation Technology Europe, paper # 586, Grenoble, March, 2013.

(91) A. Madison, M. Royal, R. Fair, M. Sandahl, J. Harrington, S. Punnamaraju, A. Eckhardt, A. Sudarsan, and M. Pollack, "Software automated genomic engineering (SAGE) enabled by electrowetting-on-dielectric digital microfluidics," MicroTAS 2013, Freiburg, Oct. 2013.

(92) A. Madison, M,W. Royal, and R.B. Fair, "An electrowetting on dielectric lab on a chip for multiplex automated genome engineering," 9th Inter. Meeting on Electrowetting, Cincinnati, June, 2014.

(93) L. Chen, A. Madison, and R.B. Fair, "Intra-droplet magnetic bead manipulation on a digital microfluidic chip," MicroTAS 2014, Oct. 26, 2014, San Antonio.

(94) K. Hu, M. Ibrahim, L. Chen, Z. Li, K. Chakrabarty, and R.B. Fair, "Experimental Demonstration of Error Recovery in an Integrated Cyberphysical Digital-Microfluidic Platform", BIOCAS 2015, Atlanta, Oct. 22-25, 2015.

EXHIBIT F



DUKE UNIVERSITY» PRATT SCHOOL OF ENGINEERING»

# Richard B. Fair



*Lord-Chandran Professor of Engineering*

Dr. Fair is a Life Fellow of the IEEE and a Fellow of the Electrochemical Society. He has served as Associate Editor of the IEEE Transactions on Electron Devices (1990-1993) and is past Editor-In-Chief of the Proceedings of the IEEE (1993-2000). He received the IEEE Third Millennium Medal in 2000, and the 2003 Solid State Science and Technology Award from the Electrochemical Society. He has published 150 papers in technical journals, contributed chapters to 10 books, edited eight more books, and given over 115 invited talks.

Our research group will continue to be driven by applications for lab-on-a-chip technology. While funding for microfluidics devices and science is non-existent, applications in environmental engineering, biosensing, diagnostics, genomics, etc. continue to appear. Thus, we have created strategic alliances with faculty in ECE, CEE, chemistry, genomics, biochemistry, microsystems engineering, and computer science at Duke, DUHS, Harvard and Stanford as part of our new thrusts into applications-driven research in bio-fluidic systems. We have funding to glue these critical pieces together. We have also aligned with Advanced Liquid Logic for the development of a more stable electrowetting platform on which to develop applications. And we are working on an NSF grant with Nan Jokerst's group and Krish's on an adaptive lab chip to develop on-chip optical sensing and control. Additionally, we have DARPA funding with Stanford, Harvard, and ALL in developing a genomic engineering platform for



DUKE UNIVERSITY»　　　PRATT SCHOOL OF ENGINEERING»

- Lord-Chandran Professor of Engineering
- Professor of Electrical and Computer Engineering
- Affiliate of the Duke Initiative for Science & Society

## CONTACT INFORMATION

- **Office Location:** 3519 CIEMAS, Dept. of Electrical and Computer Engrg., Durham, NC 27708
- **Office Phone:** (919) 660-5277
- **Websites:**
  - http://www.ee.duke.edu/research/microfluidics/ (http://www.ee.duke.edu/research/microfluidics/)

## EDUCATION

- Ph.D. Duke University, 1969
- M.S.E.E. Pennsylvania State University, 1966
- B.S.E.E. Duke University, 1964

## RESEARCH INTERESTS

Microfluidic systems for lab-on-a-chip applications based on electrowetting technology

## AWARDS, HONORS, AND DISTINCTIONS

- Life Fellow. IEEE. 2009
- Gordon E. Moore Medal for Outstanding Achievement in Solid State Science and Technology. Electrochemical Society. 2003
- Third Millennium Medal. IEEE. 2000
- Professor James F. Gibbons Achievement Award. 4th International Conference on Advanced Thermal Processing. 1996
- Fellow. Electrochemical Society. 1994
- Fellow. Institute for Electrical and Electronics Engineers. 1990



- ECE 891: Internship

## IN THE NEWS

- The 'Citation Classic' That Redefined Microfluidics (http://pratt.duke.edu/about/news/clinical-classic) (Mar 27, 2017 | Pratt School of Engineering)
- Faculty Research Leads to Jobs and Companies (http://today.duke.edu/http%3A/today.duke.edu/showcase/mmedia/features/entrepre spirit/faculty-research-jobs-companies) (Sep 16, 2014)

## REPRESENTATIVE PUBLICATIONS

- Madison, AC; Royal, MW; Fair, RB, *Piezo-driven acoustic streaming in an electrowetting-on-dielectric digital microfluidics device*, Microfluidics and Nanofluidics, vol 21 no. 12 (2017) [10.1007/s10404-017-2012-6 (http://dx.doi.org/10.1007/s10404-017-2012-6)] [abs (https://scholars.duke.edu/individual/pub1288874)].

- Madison, AC; Royal, MW; Vigneault, F; Chen, L; Griffin, PB; Horowitz, M; Church, GM; Fair, RB, *Scalable Device for Automated Microbial Electroporation in a Digital Microfluidic Platform.*, Acs Synthetic Biology, vol 6 no. 9 (2017), pp. 1701-1709 [10.1021/acssynbio.7b00007 (http://dx.doi.org/10.1021/acssynbio.7b00007)] [abs (https://scholars.duke.edu/individual/pub1259216)].

- Fair, RB, *Demonstration of Automated Analysis of Multiple Analytes on an Integrated Digital Microfluidic Platform.*, Clinical Chemistry, vol 63 no. 5 (2017), pp. 1038-1039 [10.1373/clinchem.2016.266585 (http://dx.doi.org/10.1373/clinchem.2016.266585)] [abs (https://scholars.duke.edu/individual/pub1241495)].

- Moore, JA; Nemat-Gorgani, M; Madison, AC; Sandahl, MA; Punnamaraju, S; Eckhardt, AE; Pollack, MG; Vigneault, F; Church, GM; Fair, RB; Horowitz, MA; Griffin, PB, *Automated electrotransformation of Escherichia coli on a digital microfluidic platform using bioactivated magnetic beads.*, Biomicrofluidics, vol 11 no. 1 (2017) [10.1063/1.4975391 (http://dx.doi.org/10.1063/1.4975391)] [abs (https://scholars.duke.edu/individual/pub1227944)].

DUKE UNIVERSITY»        PRATT SCHOOL OF ENGINEERING»

≡                                              🔍

EXHIBIT G

# About VolTRAX

Oxford Nanopore offers a range of options for converting your original biological sample to a form ready for application into a nanopore sensing device.

Oxford Nanopore has developed VolTRAX – a small device designed to perform library preparation automatically, so that a user can get a biological sample ready for analysis, hands-free. VolTRAX is designed as an alternative to a range of lab equipment, to allow consistent and varied, automated library prep options.

VolTRAX v1 has been available in an early access programme, and VolTRAX V2 was introduced in late 2018. You can purchase the device now in store.



## VolTRAX
from **Oxford Nanopore**

**Privacy Notice:**

We use cookies and similar technologies to ensure you get the best experience on our websites. View our privacy policy here.

> Cookie Settings

✓ Accept Cookies

02:20

## Why VolTRAX?

Automated library prep



Only minutes of hands-on time, even for novel/complex experiments



Reproducible results

Programmable



Potential for a broad variety of techniques



Community members will be able to develop their own methods

**Privacy Notice:**

We use cookies and similar technologies to ensure you get the best experience on our websites. View our privacy policy here.

> Cookie Settings

√ Accept Cookies



Minimal kit/consumables needed

## VolTRAX overview

VolTRAX is designed to automate sample prep for nanopore analyses.

The consumable VolTRAX cartridge is used with a small USB-powered device.

The VolTRAX is designed to allow users to add sample and reagents to the device and then walk away while they are prepared for nanopore sequencing. In VolTRAX, liquids are moved around the cartridge in a path programmed by software, performing individual reactions in sequence. Read more at this poster

A range of traditional library preparation kits are also currently available to MinION users.

**Privacy Notice:**

We use cookies and similar
technologies to ensure you get the
best experience on our
websites. View our privacy policy
here.

> Cookie Settings

√ Accept Cookies

Automated and manual library preparation solutions

Find out more

# Sequence

From miniature devices to high-throughput installations

Find out more

# Analyse

Analysis of real-time data while your experiment progresses

Find out more

Careers

About us

Contact us

Events

News

Videos

中文          日本語          English

  

**Privacy Notice:**

We use cookies and similar technologies to ensure you get the best experience on our websites. View our privacy policy here.

> Cookie Settings          ✓ Accept Cookies

Site map

## HOW CAN WE HELP YOU?

For Job seekers

Subscribe to Nanopore updates

## QUALITY STANDARDS

Oxford Nanopore Technologies hold accreditation to ISO 27001 and ISO 9001.



Policies

© 2008 - 2018 Oxford Nanopore Technologies. All rights reserved. Registered Office: Gosling Building, Edmund Halley Road, Oxford Science Park, OX4 4DQ, UK | Registered No. 05386273 | VAT No 874 642494 | Privacy & Cookie Policies  |  Terms & Conditions. Oxford Nanopore Technologies, the Wheel icon, EPI2ME, Flongle, GridION, Metrichor, MinION, MinIT, MinKNOW, PromethION, SmidgION and VolTRAX are registered trademarks of Oxford Nanopore Technologies Limited in various countries. Flongle, GridION, MinION, PromethION and VolTRAX are currently for research use only.

**Privacy Notice:**

We use cookies and similar technologies to ensure you get the best experience on our websites.View our privacy policy here.

❯ Cookie Settings

✓ Accept Cookies

# EXHIBIT H

# REDACTED

# EXHIBIT I

# REDACTED

# EXHIBIT J

REDACTED