## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@mnat.com

Original Filing Date:  August 29, 2019
Redacted Filing Date:  September 5, 2019

*REDACTED -- PUBLIC VERSION*

The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re: *Pacific Biosciences of California, Inc. v. Oxford Nanopore Tech., Inc.,*
         C.A. Nos. 17-275; 17-1353 (LPS)(JLH)

Dear Judge Hall:

  Defendants Oxford Nanopore Technologies, Inc. and Oxford Nanopore Technologies, Ltd. ("Oxford") respectfully submit this letter in response to Plaintiff PacBio's letter of August 28, 2019 (D.I. 308[1]) relating to the scheduling of the depositions of two Oxford C-level executives, Dr. Gordon Sanghera and Mr. Clive Brown.

  PacBio's letter unfairly blames Oxford for "delays" in scheduling the depositions at issue.  To the contrary, after PacBio requested that the two depositions occur "back to back" (*see* Ex. A at 2), Oxford promptly reached out to the witnesses to secure their availability.  As counsel for Oxford advised PacBio's counsel on August 26th, the first available date for Dr. Sanghera would be the week of September 16, but Mr. Brown was not available until later in September due to his other commitments.[2]  To the extent counsel for PacBio wanted two consecutive days, however, such availability would likely not be until early October.

  Ultimately, several factors have contributed to the difficulty in scheduling these depositions, the first of which is PacBio's insistence that the two depositions occur on consecutive days.  Given Dr. Sanghera and Mr. Brown's roles at the company, both individuals have limited availability and PacBio's demand for back-to-back days further narrows the window of availability.

---

[1] All docket citations are to C.A. No. 17-275.

[2] Dr. Sanghera is no longer available for a deposition on September 16th.

13060988.5

The Honorable Jennifer L. Hall
August 29, 2019

    Second, both Dr. Sanghera and Mr. Brown have multiple scheduling conflicts during the end of August and into the month of September. *See* Andrews Decl. In addition to several UK holidays[3] and counsel's own schedules, Dr. Sanghera has been preparing for a September 4th meeting with the ▮▮▮▮. *Id.* Both Dr. Sanghera and Mr. Brown have also been busy preparing for a September 19th ▮▮▮▮ meeting. *Id.* Further, Dr. Sanghera will be traveling to ▮▮▮ for business during the entire week of September 23rd. *Id.* Scheduling a deposition in the midst of these individual's pre-existing commitments and travel schedules creates a burden not only for the executive, but also for the entity he/she serves. *See U.S. ex rel. Galmines v. Novartis Pharms. Corp.*, No. 06-cv-3213, 2015 WL 4973626 at *1 (E.D. Pa. Aug. 20, 2015) (noting "that depositions of high-level officers severely burden those officers and the entities they represent.") Oxford respectfully submits that Dr. Sanghera and Mr. Brown's work-related commitments should be considered when scheduling their respective depositions.

    PacBio further suggests that Oxford is to blame for delay because of Oxford's "refusal to present [Clive Brown] during the fact discovery period." D.I. 308. But, Oxford had a good faith basis to object to producing Mr. Brown based on the protections afforded under the Apex Doctrine. *See* D.I. 292. After PacBio reached out on August 15 asking for deposition dates, Oxford has continued to update PacBio on the witness availability and has worked diligently to secure earlier dates, but, as explained above, has been unable to secure earlier deposition dates due to holidays in the UK and the witnesses' pre-existing work-related commitments.

    In short, despite counsel's best efforts (as PacBio itself has recognized, *see* Ex. A at 1), neither Dr. Sanghera nor Mr. Brown is available before September 14th.[4] Accordingly, Oxford respectfully requests that the Court deny PacBio's demand.

                                         Respectfully,

                                         */s/ Jennifer Ying*

                                       Jennifer Ying (#5550)

Enclosures
cc:    Clerk of the Court
       All Counsel of Record

---

[3]     As Oxford advised PacBio, several Oxford employees have been on vacation at various points during the month of August, including much of Oxford's in-house legal team. *See* Ex. A at 2. Unlike in the United States, summer vacation for school children in England and Wales usually lasts from the second week of July through early September.

[4]     The parties are currently discussing several other discovery issues involving additional written discovery, depositions, and expert reports that may necessitate an adjustment to the current case schedule. Should the parties be unable to reach agreement on these issues, Oxford will seek relief from the Court as appropriate.