IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC., and OXFORD NANOPORE TECHNOLOGIES, LTD. <br><br> Defendant. | C.A. No. 17-cv-1353-LPS <br><br> **JURY TRIAL DEMANDED** |

## ANSWER TO OXFORD NANOPORE TECHNOLOGIES, INC.'S AMENDED COUNTERCLAIMS

Plaintiff Pacific Biosciences of California, Inc. ("PacBio"), on behalf of itself, by PacBio's attorneys, hereby answer Oxford Nanopore Technologies, Inc.'s ("ONT") Amended Counterclaims ("Amended Counterclaims") as follows:

PacBio denies the allegations in the introduction to ONT's amended counterclaims.

### PARTIES

1. PacBio admits, upon information and belief, that ONT is a corporation organized under the laws of Delaware, having its principal place of business in Cambridge, Massachusetts.

2. PacBio admits that PacBio is a Delaware corporation with its principal place of business in Menlo Park, CA.

### JURISDICTION

3. PacBio admits that this Court has subject matter jurisdiction over Defendant's claims, but denies that there is any basis for such claims. Except as so admitted, PacBio denies the allegations in paragraph 3 of the Amended Counterclaims.

4. PacBio admits that this Court has personal jurisdiction over Defendant's claims, but denies that there is any basis for such claims. Except as so admitted, PacBio denies the allegations in paragraph 4 of the Amended Counterclaims.

## VENUE

5. PacBio admits that venue is proper in this Court.

6. PacBio admits that venue is proper in this Court, but denies that there is any basis for ONT's claims. Except as so admitted, PacBio denies the allegations in paragraph 6 of the Amended Counterclaims.

## ACTUAL CONTROVERSY

7. PacBio admits that it is the assignee and owner of all rights, title to, and interest in U.S. Patent Nos. 9,678,056 ("the '056 Patent"), 9,738,929 ("the '929 Patent"), and 9,772,323 ("the '323 Patent"). PacBio admits that its complaint alleges that ONT has infringed and is infringing the '056, '929, and '323 Patents. Except as so admitted, PacBio denies the allegations in paragraph 7 of the Amended Counterclaims.

8. PacBio admits that a controversy exists between PacBio and ONT, within the meaning of 28 U.S.C. §§2201 and 2202. Except as so admitted, PacBio denies the allegations in paragraph 8 of the Amended Counterclaims.

## COUNTERCLAIM ONE

9. PacBio repeats and realleges its responses to paragraphs 1-8 of the Amended Counterclaims as fully set forth above.

10. PacBio denies the allegations in paragraph 10.

11. PacBio denies the allegations in paragraph 11 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## COUNTERCLAIM TWO

12. PacBio repeats and realleges its responses to paragraphs 1-11 of the Amended Counterclaims as fully set forth above.

13. PacBio denies the allegations in paragraph 13.

14. PacBio denies the allegations in paragraph 14 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## COUNTERCLAIM THREE

15. PacBio repeats and realleges its responses to paragraphs 1-14 of the Amended Counterclaims as fully set forth above.

16. PacBio denies the allegations in paragraph 16.

17. PacBio denies the allegations in paragraph 17 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## COUNTERCLAIM FOUR

18. PacBio repeats and realleges its responses to paragraphs 1-17 of the Amended Counterclaims as fully set forth above.

19. PacBio denies the allegations in paragraph 19 and specifically denies that the '056 patent fails to meet one or more requirements set forth in Title 35, § 101 of the United States Code.

20. PacBio denies the allegations in paragraph 20 and specifically denies that the '056 patent fails to meet one or more requirements set forth in Title 35, §§ 102 or 103 of the United States Code.

21. PacBio denies the allegations in paragraph 21 and specifically denies that the '056 patent fails to meet one or more requirements set forth in Title 35, § 112 of the United States Code.

22. PacBio denies the allegations in paragraph 22 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## COUNTERCLAIM FIVE

23. PacBio repeats and realleges its responses to paragraphs 1-22 of the Amended Counterclaims as fully set forth above.

24. PacBio denies the allegations in paragraph 24 and specifically denies that the '929 patent fails to meet one or more requirements set forth in Title 35, § 101 of the United States Code.

25. PacBio denies the allegations in paragraph 25 and specifically denies that the '929 patent fails to meet one or more requirements set forth in Title 35, §§ 102 or 103 of the United States Code.

26. PacBio denies the allegations in paragraph 26 and specifically denies that the '929 patent fails to meet one or more requirements set forth in Title 35, § 112 of the United States Code.

27. PacBio denies the allegations in paragraph 27 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## COUNTERCLAIM SIX

28. PacBio repeats and realleges its responses to paragraphs 1-27 of the Amended Counterclaims as fully set forth above.

29. PacBio denies the allegations in paragraph 29 and specifically denies that the '323 patent fails to meet one or more requirements set forth in Title 35, § 101 of the United States Code.

30. PacBio denies the allegations in paragraph 30 and specifically denies that the '323 patent fails to meet one or more requirements set forth in Title 35, §§ 102 or 103 of the United States Code.

31. PacBio denies the allegations in paragraph 31 and specifically denies that the '323 patent fails to meet one or more requirements set forth in Title 35, § 112 of the United States Code.

32. PacBio denies the allegations in paragraph 32 and specifically denies that ONT is entitled to the declaration and determination it seeks.

## RESPONSE TO DEFENDANT'S PRAYER FOR RELIEF

33. PacBio denies that ONT is entitled to any relief whatsoever, including the relief stated in paragraphs A-F of the Amended Counterclaims, either as prayed for in the Amended Counterclaims or otherwise.

## GENERAL DENIAL

34. PacBio further denies each and every allegation in the Amended Counterclaims that is not specifically admitted, denied, or otherwise responded to in this Answer.

Dated: September 12, 2019

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
farnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (to be admitted *pro hac vice*)
Derek Walter (to be admitted *pro hac vice*)
WEIL, GOTSHAL &MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Plaintiff Pacific Biosciences*