IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC., and OXFORD NANOPORE TECHNOLOGIES, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 17-275 (LPS) (JLH) <br> C.A. No. 17-1353 (LPS) (JLH) |

## DECLARATION OF STEPHEN M. HASH

I, Stephen M. Hash, declare the following under the penalty of perjury:

1. My name is Stephen M. Hash. I am an attorney at the law firm of Baker Botts L.L.P., located at 98 San Jacinto Blvd., Suite 1500, Austin, Texas 78702. I am also of counsel to the Defendants, Oxford Nanopore Technologies, Inc. and Oxford Nanopore Technologies, Ltd. (collectively "Oxford"), in the above captioned cases. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Unopposed Motion to Redact Portions of the February 19, 2020 Memorandum Opinion (the "Motion").

3. The portions of the February 19, 2020 Memorandum Opinion ("Opinion") Oxford seeks to redact contain Oxford's confidential internal technical information. These statements contain information regarding the confidential technological mechanism of Oxford's products.

4. But for this litigation, Oxford would not have produced or made public the information contained in the deposition testimony of Stuart Reid, Oxford's Vice President of Development, dated June 6, 2019.

5. I attended the June 6, 2019 deposition of Stuart Reid on behalf of Oxford.

6. The June 6, 2019 deposition testimony of Stuart Reid should have been designated "Attorneys' Eyes Only" as per the protective order entered into in the above captioned cases.

Executed this 20th day of February, 2020, in Austin, Texas.

/s/ *Stephen M. Hash*
Stephen M. Hash

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 20, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Robert S. Magee, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Doug W. McClellan, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1700<br>Houston, TX  77002-2755<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)