# EXHIBIT A

In opening statement, ONT argued that "this isn't the first time that PacBio has tried to use its patents to exclude nanopore sequencing." However, if you find ONT liable for patent infringement, you are only being asked to award monetary compensation to PacBio. You are not being asked to exclude any ONT product from the market or to stop any research work being performed on ONT products.