# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 17-cv-275-LPS<br>) C.A. No. 17-cv-1353-LPS |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| OXFORD NANOPORE TECHNOLOGIES, INC., and OXFORD NANOPORE TECHNOLOGIES, LTD., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S [PROPOSED] VERDICT FORM

# JURY VERDICT[1]

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to each question.

You should answer all of questions 1 to 22.  Questions 23-24, about willfulness and damages, should only be answered if for any one or more of the patents you find that there is at least one asserted claim of that patent that is infringed and not invalid.

---

[1] Plaintiff Pacific Biosciences of California, Inc. reserves the right to supplement, amend, or otherwise modify their [proposed] verdict form as appropriate, including but not limited to in response to future Court rulings.

# QUESTIONS AND ANSWERS

I. **U.S. Patent No. 9,546,400 (the "'400 Patent")**

A. **Infringement**

1. Has plaintiff, Pacific Biosciences of California, Inc. ("PacBio"), proven by a preponderance of the evidence that defendants, Oxford Nanopore Technologies, Inc., and Oxford Nanopore Technologies, Ltd. ("ONT") directly infringe any of the following claims of the '400 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |   |   | Yes (PacBio) | No (ONT) |
   |---|---|---|---|
   | a. | Claim 1 | _____ | _____ |
   | b. | Claim 4 | _____ | _____ |
   | c. | Claim 15 | _____ | _____ |

2. Has PacBio proven by a preponderance of the evidence that ONT induced infringement of any of the following claims of the '400 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |   |   | Yes (PacBio) | No (ONT) |
   |---|---|---|---|
   | a. | Claim 1 | _____ | _____ |
   | b. | Claim 4 | _____ | _____ |
   | c. | Claim 15 | _____ | _____ |

3. Has PacBio proven by a preponderance of the evidence that ONT contributed to the infringement of any of the following claims of the '400 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|      |           | Yes (PacBio) | No (ONT) |
|------|-----------|--------------|----------|
| a.   | Claim 1   | _____   | _____ |
| b.   | Claim 4   | _____   | _____ |
| c.   | Claim 15  | _____   | _____ |

**B. Invalidity**

### 1. Written Description

4. Has ONT proven by clear and convincing evidence that any of the following claims of the '400 Patent lacks adequate written description?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 4 | _____ | _____ |
| c. | Claim 15 | _____ | _____ |

### 2. Enablement

5. Has ONT proven by clear and convincing evidence that any of the following claims of the '400 Patent are not enabled?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 4 | _____ | _____ |
| c. | Claim 15 | _____ | _____ |

## II. U.S. Patent No. 9,772,323 (the "'323 Patent")

### A. Infringement

6. Has PacBio proven by a preponderance of the evidence that ONT directly infringed any of the following claims of the '323 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |  |  | Yes (PacBio) | No (ONT) |
   |---|---|---|---|
   | a. | Claim 1 | _____ | _____ |
   | b. | Claim 4 | _____ | _____ |
   | c. | Claim 18 | _____ | _____ |

7. Has PacBio proven by a preponderance of the evidence that ONT induced infringement of any of the following claims of the '323 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |  |  | Yes (PacBio) | No (ONT) |
   |---|---|---|---|
   | a. | Claim 1 | _____ | _____ |
   | b. | Claim 4 | _____ | _____ |
   | c. | Claim 18 | _____ | _____ |

8. Has PacBio proven by a preponderance of the evidence that ONT contributed to the infringement of any of the following claims of the '323 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  |  | Yes (PacBio) | No (ONT) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 4 | _____ | _____ |
| c. | Claim 18 | _____ | _____ |

**B.     Invalidity**

### 1.     Written Description

9.      Has ONT proven by clear and convincing evidence that any of the following claims of the '323 Patent lacks adequate written description?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 4 | _____ | _____ |
| c. | Claim 18 | _____ | _____ |

### 2.     Enablement

10.     Has ONT proven by clear and convincing evidence that any of the following claims of the '323 Patent are not enabled?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 4 | _____ | _____ |
| c. | Claim 18 | _____ | _____ |

### III. U.S. Patent No. 9,678,056 (the "'056 Patent")

#### A. Infringement

11. Has PacBio proven by a preponderance of the evidence that ONT directly infringed any of the following claims of the '056 Patent?

    *For each asserted claim please check "Yes" or "No" below.*

    |   |          | Yes (PacBio) | No (ONT) |
    |---|----------|--------------|----------|
    | a.| Claim 1  | _____    | _____ |
    | b.| Claim 2  | _____    | _____ |
    | c.| Claim 12 | _____    | _____ |

12. Has PacBio proven by a preponderance of the evidence that ONT induced infringement of any of the following claims of the '056 Patent?

    *For each asserted claim please check "Yes" or "No" below.*

    |   |          | Yes (PacBio) | No (ONT) |
    |---|----------|--------------|----------|
    | a.| Claim 1  | _____    | _____ |
    | b.| Claim 2  | _____    | _____ |
    | c.| Claim 12 | _____    | _____ |

13. Has PacBio proven by a preponderance of the evidence that ONT contributed to the infringement of any of the following claims of the '056 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  |  | Yes (PacBio) | No (ONT) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 12 | _____ | _____ |

**B.     Invalidity**

### 1.     <u>Written Description</u>

14.    Has ONT proven by clear and convincing evidence that any of the following claims of the '056 Patent lacks adequate written description?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 12 | _____ | _____ |

### 2.     <u>Enablement</u>

15.    Has ONT proven by clear and convincing evidence that any of the following claims of the '056 Patent are not enabled?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 12 | _____ | _____ |

### 3. Indefiniteness

16. Has ONT proven by clear and convincing evidence that any of the following claims of the '056 Patent are indefinite?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 12 | _____ | _____ |

## IV. U.S. Patent No. 9,738,929 (the "'929 Patent")

### A. Infringement

17. Has PacBio proven by a preponderance of the evidence that ONT directly infringed any of the following claims of the '929 Patent?

    *For each asserted claim please check "Yes" or "No" below.*

    |  |  | Yes (PacBio) | No (ONT) |
    |---|---|---|---|
    | a. | Claim 1 | _____ | _____ |
    | b. | Claim 2 | _____ | _____ |
    | c. | Claim 10 | _____ | _____ |

18. Has PacBio proven by a preponderance of the evidence that ONT induced infringement of any of the following claims of the '929 Patent?

    *For each asserted claim please check "Yes" or "No" below.*

    |  |  | Yes (PacBio) | No (ONT) |
    |---|---|---|---|
    | a. | Claim 1 | _____ | _____ |
    | b. | Claim 2 | _____ | _____ |
    | c. | Claim 10 | _____ | _____ |

19. Has PacBio proven by a preponderance of the evidence that ONT contributed to the infringement of any of the following claims of the '929 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  |  | Yes (PacBio) | No (ONT) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 10 | _____ | _____ |

**B.     Invalidity**

### 1.     Obviousness

20.     Has ONT proven by clear and convincing evidence that the subject matter of any of the following claims of the '929 Patent would have been obvious?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 10 | _____ | _____ |

### 2.     Written Description

21.     Has ONT proven by clear and convincing evidence that any of the following claims of the '929 Patent lacks adequate written description?

*For each asserted claim, please check "Yes" or "No" below.*

|  |  | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 10 | _____ | _____ |

### 3.     Enablement

22.     Has ONT proven by clear and convincing evidence that any of the following claims of the '929 Patent are not enabled?

*For each asserted claim, please check "Yes" or "No" below.*

|   |   | Yes (ONT) | No (PacBio) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 2 | _____ | _____ |
| c. | Claim 10 | _____ | _____ |

## V.     WILLFULNESS

*Directions: If for any asserted claim(s) of the patents, you answered "Yes" as to any type of infringement and "No" as to invalidity for all questions that pertain to that particular asserted claim, please answer the question below.*

23.   Has PacBio proven by a preponderance of the evidence that ONT deliberately or intentionally infringed any of the valid asserted claims?

        Yes (PacBio) _____        No (ONT) _____

## VI. DAMAGES

*Directions: If for any asserted claim(s) of the patents, you answered "Yes" as to any type of infringement and "No" as to invalidity for all questions that pertain to that particular asserted claim, please answer the question below.*

24. What damages has PacBio proven by a preponderance of the evidence that it is entitled to as a result of ONT' infringement?

    $ _____

## **UNANIMOUS VERDICT**

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

March __, 2020

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror


_____
Juror