

March 16, 2020

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Unit 26
Wilmington, DE 19801-3556

>   RE:   Pacific Biosciences of California, Inc. v. Oxford Nanopore Tech., Inc.
>         <u>C.A. Nos. 17-cv-275, 1353-LPS</u>

Dear Chief Judge Stark,

    Pursuant to Your Honor's instructions, the parties have conferred regarding the verdict sheet provided by the Court this evening.

    The parties acknowledge that all prior objections and positions from the parties' proposed verdict forms (C.A. No. 17-275, D.I. 453, 455, 471, 473) are preserved for the record and have no new objections or proposed changes to the Court's verdict sheet.

    Counsel is available should the Court have any questions.

>   Respectfully submitted,
>
>   /s/ Brian E. Farnan
>
>   Brian E. Farnan

cc: Counsel of Record (Via E-Filing)