

July 15, 2020

VIA E-FILING
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

      Re:     **Pacific Biosciences of California, Inc. v. Oxford Nanopore Tech., Inc.**
                    <u>**C.A. Nos. 17-cv-275, 1353-LPS**</u>

Dear Chief Judge Stark:

      The Court has Ordered oral argument on the post-trial motions on July 28, 2020 at 2 p.m. D.I. 505.  PacBio respectfully requests, and ONT does not oppose, that the Court consider using Zoom for the hearing to better integrate the parties' arguments and their presentation materials than an audio only telehearing would permit.

                                Respectfully submitted,

                                /s/ Brian E. Farnan

                                Brian E. Farnan

cc: Counsel of Record (Via E-Filing)