## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PACIFIC BIOSCIENCES OF CALIFORNIA, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> OXFORD NANOPORE TECHNOLOGIES, INC. and OXFORD NANOPORE TECHNOLOGIES, LTD., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 17-cv-275-LPS <br> C.A. No. 17-cv-1353-LPS |

## PLAINTIFF'S NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that, pursuant to 28 U.S.C. § 1295(a)(1), Plaintiff Pacific Biosciences Of California, Inc. ("PacBio") appeals to the United States Court of Appeals for the Federal Circuit from the Court's Final Judgment in this action, and from all other opinions, rulings, and orders in this action adverse to PacBio, whether subsumed within the Final Judgment or not, including without limitation the Order on claim construction entered in this action on March 6, 2019 (D.I. No. 153[1]), the Order on PacBio's Motion to Strike and Preclude Testimony entered in this action on February 19, 2020 (D.I. No. 444), the Sealed Jury Verdict entered on March 18, 2020 (D.I. No. 478), and the Order on PacBio's Motion For JMOL or New Trial entered on July 30, 2020 (D.I. No. 512).

---

[1] All references to a docket entry refer to the docket number in the 17-cv-275 matter.

With this notice, PacBio provides payment in the amount of $505.00 for docketing this Notice of Appeal, as required by Federal Rule of Appellate Procedure 3 and 28 U.S.C. §§ 1913 and 1917.

| | |
|---|---|
| Dated:   August 13, 2020 | Respectfully submitted, |

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
Robert S. Magee (admitted *pro hac vice*)
Shawn Chi (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com
derek.walter@weil.com
robert.magee@weil.com
shawn.chi@weil.com

Stephen Bosco (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682 7054
stephen.bosco@weil.com

Anna Dwyer (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310 8285

anna.dwyer@weil.com

*Attorneys for Plaintiff Pacific Biosciences of California, Inc.*